STRIKE 3 HOLDINGS, LLC
PLAINTIFF

V.

[ REDACTED ]

aka

JOHN DOE subscriber assigned IP address 75.85.3.187
DEFENDANT

CIVIL NO. 1:23-cv-00178-JAO-RT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 6 2023

at 1 o'clock and 00 min. P M
Lucy H. Carrillo, Clerk

### DEFENDANT'S ANSWER & AFFIRMATIVE DEFENSES

Defendant, [ REDACTED ] also known as JOHN DOE (subscriber assigned IP address 75.85.3.187), hereby Answers Plaintiff's Amended Complaint and asserts Defenses as follows:

### ANSWER

### Introduction

1. Denied.

2. Defendant is without sufficient knowledge to form a belief regarding Plaintiff's Works; therefore, denied.

3. Defendant is without sufficient knowledge to form a belief regarding Plaintiff's Works; therefore, denied.

4. Denied.

5. Denied.

6. Denied.

7. This paragraph is a legal conclusion or statement of Plaintiff's legal claim, and Defendant denies that Plaintiff is entitled to any relief.

### Jurisdiction

8. Admitted as to Subject Matter Jurisdiction.

Received By Mail
Date NOV 1 6 2023

Mailed On
Date NOV 1 7 2023

9. Admitted as to Personal Jurisdiction; therefore, denied.

10. Admitted as to Venue; therefore, denied.

## Parties

11. Defendant lacks information sufficient to form a belief as to Plaintiff's corporate form and location; therefore, denied.

12. Admitted.

## Factual Background

13. Defendant lacks information sufficient to form a belief as to Plaintiff's websites and brand; therefore, denied.

14. Defendant lacks information sufficient to form a belief as to Plaintiff's awards; therefore, denied.

15. Defendant lacks information sufficient to form a belief as to Plaintiff's industry leadership; therefore, denied.

16. Defendant lacks information sufficient to form a belief as to infringement Plaintiff's Works; therefore, denied.

17. Defendant lacks information sufficient to form a belief as to BitTorrent technology; therefore, denied.

18. Defendant lacks information sufficient to form a belief as to BitTorrent technology; therefore, denied.

19. Defendant lacks information sufficient to form a belief as to BitTorrent technology; therefore, denied.

20. Defendant lacks information sufficient to form a belief as to BitTorrent technology; therefore, denied.

21. Defendant lacks information sufficient to form a belief as to BitTorrent technology; therefore, denied.

22. Defendant lacks information sufficient to form a belief as to BitTorrent technology; therefore, denied.

23. Defendant lacks information sufficient to form a belief as to BitTorrent technology; therefore, denied.

24. Defendant lacks information sufficient to form a belief as to BitTorrent technology; therefore, denied.

25. Defendant lacks information sufficient to form a belief as to BitTorrent technology; therefore, denied.

26. Defendant lacks information sufficient to form a belief as to BitTorrent technology; therefore, denied. .

27. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

33. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

34. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

35. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

36. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

37. Denied.

38. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

39. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

40. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

41. In response to Paragraph 41, Exhibit A speaks for itself as to the information it is provided, but Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

42. In response to Paragraph 42, Exhibit A speaks for itself as to the information it is provided, but Defendant lacks information sufficient to form a belief as to Plaintiff's copyrights; therefore, denied.

43. Denied.

44. Denied.

45. Defendant lacks information sufficient to form a belief as to Plaintiff's copyrights; therefore, denied.

46. Denied. This paragraph is a statement of Plaintiff's legal claim, and Defendant denies that Plaintiff is entitled to any relief.

47. Denied.

48. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

49. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

50. To the best of Defendant's information and belief, Admitted.

51. Defendant lacks information sufficient to form a belief or formulate a response to this paragraph; therefore, denied.

52. Defendant lacks information sufficient to form a belief or formulate a response to this paragraph; therefore, denied.

53. Admitted that Defendant lived at the residence for the past two years.

54. Denied.

55. Admitted that Defendant lived at the residence for the past two years.

56. Defendant lacks information sufficient to form a belief or formulate a response to this paragraph; therefore, denied.

57. Denied.

58. Denied.

59. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

60. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

61. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

62. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

63. Denied. Defendant denies interest in erotic social media.

64. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied.

65. Defendant lacks information sufficient to form a belief as to Plaintiff's investigation; therefore, denied. Defendant specifically denies downloading any of the listed files

## COUNT I

### Direct Copyright Infringement

66. This is an incorporation paragraph to which no response is required.

67. Defendant lacks information sufficient to form a belief as to Plaintiff's Works; therefore, denied.

68. Denied. Defendant specifically denies infringing on Plaintiff's Works. Defendant further denies infringing on any of Plaintiff's copyrighted Works willfully.

69. Defendant lacks information sufficient to form a belief as to whether Plaintiff authorized, permitted, or consented to distribution of its Works; therefore, denied.

70. This paragraph is a legal conclusion to which no answer is required. To the extent a response is required, Defendant specifically denies infringing on Plaintiff's Works.

71. This paragraph is a legal conclusion to which no answer is required. To the extent a response is required, Defendant specifically denies infringing on Plaintiff's Works. Defendant further denies infringing on any of Plaintiff's copyrighted Works willfully.

[ REDACTED ]
[ REDACTED ]
[ REDACTED ]
[ REDACTED ]
[ REDACTED ]