## MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-CV-00178-JAO-RT |
| CASE NAME: | Strike 3 Holdings, LLC, vs. John Doe Subscriber |
| ATTYS FOR PLTF: | Jeremy J. Thompson (*Pro Hac Vice*)<br>Christian Kamau |
| ATTYS FOR DEFT: | Joseph Curtis Edmondson (*Pro Hac Vice*)<br>Morgan Kiyomi Sasaki |

| | | | |
|---|---|---|---|
| JUDGE: | Rom Trader | REPORTER: | ZOOM |
| DATE: | 9/19/2024 | TIME: | 10:58 AM – 11:36 AM |

COURT ACTION: EP:   MOTION HEARING regarding:

1. [ECF [38]] *Defendant's Motion to Quash the Subpoena on the ISP and/or Motion for a Protective Order* ("Motion to Quash"); and

2. [ECF[41]] *Defendant's Motion for Leave to Proceed Anonymously and/or for a Protective Order* ("Motion to Proceed Anonymously").

Court takes judicial notice of its records and files, including the following:

1. [ECF [38]] *Defendant's Motion to Quash the Subpoena on the ISP and/or Motion for a Protective Order*;
2. [ECF [40]] *Plaintiff's Memorandum in Opposition to Defendant's Motion to Quash the Subpoena on the ISP and/or Motion for a Protective Order*;
3. [ECF [41]] *Defendant's Motion for Leave to Proceed Anonymously and/or for a Protective Order*;
4. [ECF [43]] *Defendant's Response to Plaintiff's Memorandum in Opposition to Defendant's Motion to Quash the Subpoena on the ISP and/or Motion for a Protective Order;*
5. [ECF [44]] *Plaintiff's Memorandum in Opposition to Defendant's Motion for Leave to Proceed Anonymously and/or for a Protective Order;*
6. [ECF [46]] *Defendant's Reply to Plaintiff's Opposition to the Motion for Leave to Proceed Anonymously and/or for a Protective Order*; and
7. All prior court proceedings and orders.

### [ECF [38]] Defendant's Motion to Quash ( 10:59 AM - 11:08 AM)

Arguments heard.

Having carefully considered the merits of the instant *Motion to Quash*, within the context of the written submissions, applicable legal authority and arguments of counsel, for the reasons set forth during the hearing, the Court **DENIES** the *Motion to Quash*. In order to safeguard Defendant's privacy interests, parties are directed to confer with respect to specific types of non-relevant personal information, such as social security numbers, dates of birth, financial information and the like, which the Internet Service Provider should redact from records produced.

Plaintiff directed to submit proposed order denying the *Motion to Quash* to Trader_Orders@hid.uscourts.gov within seven (7) days. Plaintiff granted leave to incorporate arguments and authorities relied upon and as further supplemented by oral arguments at today's hearing.

### [ECF[41]] Defendant's Motion to Proceed Anonymously (11:08 AM – 11:18 AM)

Arguments heard.

The Court has carefully considered the merits of the *Motion to Proceed Anonymously*, within the context of the record and applicable legal authority and arguments of counsel.

The Court finds persuasive and adopts the arguments and authorities relied upon by Defendant. The *Motion to Proceed Anonymously* is **GRANTED**.

Defendant directed to submit proposed order granting the *Motion to Proceed Anonymously* to Trader_Orders@hid.uscourts.gov within seven (7) days. Defendant granted leave to incorporate arguments and authorities relied upon and as further supplemented by oral arguments at today's hearing.

### Telephone Conference (11:18 AM – 11:36 AM)

Discussion had. Parties amenable to early settlement discussions.

Court schedules an **Early Settlement Conference** for **10/31/2024 at 10:00 a.m.** before Magistrate Judge Trader. Conference to be conducted via Video Teleconference ("VTC"). Courtroom Manager to provide VTC access information.

Early Settlement Conference Letters are due **10/28/2024** and shall be delivered (one-set, hard copy) to the Clerk's Office and an electronic copy emailed to Trader_Orders@hid.uscourts.gov.

To gauge readiness for settlement discussions, the Court schedules a **Telephone Conference** for **10/16/2024 at 9:30 a.m.** before Magistrate Judge Trader. No submissions required. Parties and other participants must call at least five (5) minutes prior to the scheduled start time of the conference. Call-in instructions are below:

Dial in number:   1-833-568-8864 (toll-free).
Meeting ID:       161 5641 6035.

Parties granted leave to contact the Court *ex parte* prior to the settlement conference.

*Submitted by: Anjelica Barker, Courtroom Manager*