LEGAL AID SOCIETY OF HAWAI`I
NICHOLAS J. SEVERSON     11192
MORGAN K. SASAKI        11736
924 Bethel Street
Honolulu, Hawaii 96813
Phone: (808) 536-4302
Email: nicholas.severson@legalaidhawaii.org
Email: morgan.sasaki@legalaidhawaii.org

EDMONDSON IP LAW
J. CURTIS EDMONDSON* CA SBN 236105
15490 NW Oak Hill Drive
Beaverton, Oregon 97006
Phone: (503) 336-3749
Email: jcedmondson@edmolaw.com
*pro hac vice

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No. 1:23-cv-00178-JAO-RT |
| | (Copyright) |
| Plaintiff, | |
| | LOCAL RULE 58.2 STATEMENT OF |
| | OBJECTION; DECLARATION OF |
| vs. | COUNSEL; [PROPOSED] ORDER |
| | DENYING DEFENDANT'S |
| | MOTION TO QUASH THE |
| JOHN DOE subscriber assigned IP | SUBPOENA ON THE ISP AND/OR |
| address 75.85.3.187, | MOTION FOR A PROTECTIVE |
| | ORDER; CERTIFICATE OF |
| Defendant. | SERVICE |

## **LOCAL RULE 58.2 STATEMENT OF OBJECTION**

Defendant objects, pursuant to the Local Rule 58.2, to Plaintiff's proposed order denying Defendant's *Motion to Quash* that was emailed to the Court on September 26, 2024. Defendant has emailed a substitute proposed draft to the Court on September 26, 2024, with Plaintiff cc'd; herein is Defendant's Statement of Objection.

On September 19, 2024, the Court telephonically heard two of Defendant's motions: the *Motion to Quash* was granted in favor of Plaintiff and the *Motion to Proceed Anonymously* was granted in favor of Defendant. ECF No. 47. Each prevailing party was directed to submit a proposed order for the corresponding motion within seven (7) days, via email to *Trader_Orders@hid.uscourts.gov*.[1] *Id.*

Defendant's proposed order for the *Motion to Proceed Anonymously* was drafted, reviewed by Plaintiff's counsel, and submitted via email to the Court on September 26, 2024.

Parties could not agree as to the content within Plaintiff's proposed order. Plaintiff submitted to the Court a copy of Plaintiff's proposed order and a PDF

---

[1] The Court did not request that parties also "file and serve" their respective proposed orders, instead requested submission via email: as such, parties have emailed their proposed orders, only, until the Court indicates otherwise. *See* L.R. 58.2 (stating "*[e]xcept as otherwise ordered* by the judge, . . . the *prevailing party shall file and serve* a draft of the order or judgment." (emphases added.)).

copy including Defendant's edits. Defendant objects to Plaintiff's lengthy proposed order that goes beyond merely incorporating arguments and authorities. Therefore, Defendant has submitted a competing form for the Court's consideration and use.

Dated: Honolulu, Hawaii, September 26, 2024

| | |
|---|---|
| | /s/ Morgan K. Sasaki |
| EDMONDSON IP LAW | LEGAL AID SOCIETY OF HAWAI`I |
| J. CURTIS EDMONDSON* | NICHOLAS J. SEVERSON |
| 15490 NW Oak Hill Drive | MORGAN K. SASAKI |
| Beaverton, Oregon 97006 | 924 Bethel Street, Honolulu, HI 96813 |
| Phone: (503) 336-3749 | Phone: (808) 536-4302 |
| Email: jcedmondson@edmolaw.com | nicholas.severson@legalaidhawaii.org |
| *pro hac vice* | morgan.sasaki@legalaidhawaii.org |
| | Attorneys for Defendant |