VIRTUESQ LLLC
CHRISTIAN L. KAMAU   10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com
Attorney for Plaintiff
Strike 3 Holdings, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | CIVIL NO. 1:23-cv-00178-JAO-RT |
| Plaintiff, | |
| vs. | STIPULATED JUDGMENT OF DISMISSAL |
| JOHN DOE subscriber assigned IP address 75.85.3.187, | |
| Defendant. | |

**STIPULATED JUDGMENT OF DISMISSAL**

Plaintiff Strike 3 Holdings, LLC, by and through its counsel of record, and Defendant John Doe subscriber assigned IP address 75.85.3.187, by and through his counsel of record, pursuant to the October 31, 2024 Settlement Conference, the Honorable Rom Trader presiding (ECF No. 53), jointly stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) as follows:

IT IS HEREBY STIPULATED AND AGREED that judgment of dismissal with prejudice is entered, which resolves any and all remaining claims between the parties, and that any post-judgment motion for an award of attorneys' fees must be filed in compliance with the Local Rules of Practice for the United States District Court for the District of Hawaii.

Dated: November 14, 2024

ATTORNEYS FOR DEFENDANT:
/s/ J. Curtis Edmondson
EDMONDSON IP LAW
J. CURTIS EDMONDSON*
15490 NW Oak Hill Drive
Beaverton, OR 97006
(503) 336-3749
jcedmondson@edmolaw.com
*pro hac vice

/s/ Morgan K. Sasaki
LEGAL AID SOCIETY OF HAWAI`I
NICHOLAS J. SEVERSON
MORGAN K. SASAKI
924 Bethel Street
Honolulu, Hawaii 96813
(808) 536-4302
nicholas.severson@legalaidhawaii.org
morgan.sasaki@legalaidhawaii.org

*Attorneys for Defendant*
John Doe subscriber assigned IP address 75.85.3.187

Dated: November 14, 2024

ATTORNEYS FOR PLAINTIFF:
/s/ Christian L. Kamau
Christian L. Kamau, Esq.
VIRTUESQ, LLLC
P.O. Box 187098
Honolulu, Hawaii 96817
(808) 271-4537
christian@virtuesq.com

/s/ Jeremy J. Thompson
Jeremy J. Thompson, Esq.*
The Law Office of Jeremy J. Thompson PLLC
5200 Willson Road, Suite 150
Edina, MN 55424
(952) 852-1883
jeremy@jthompson.law
*pro hac vice

*Attorneys for Plaintiff*
Strike 3 Holdings, LLC

2

APPROVED AS TO FORM:

Dated: Honolulu, Hawaiʻi, November 18, 2024.



_____
The Honorable Jill A. Otake
United States District Judge

_____
*Strike 3 Holdings, LLC vs. John Doe subscriber assigned IP address 75.85.3.187*,
Civ. No. 1:23-cv-00178-JAO-RT, Stipulated Judgment of Dismissal