# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | Civil Action<br>No. 1:23-cv-00178-JAO-RT |
| Plaintiff, | § | |
| v. | § § | |
| John Doe Subscriber assigned<br>IP address 75.85.3.187,<br>Defendant. | § § § § | |

## JOHN DOES FIRST OFFER OF JUDGMENT

Whereas Defendant JOHN DOE infringer identified as using IP address 75.85.3.187 ("**DOE**"), makes this first offer of judgment pursuant to Fed. R. Civ. P. 68 to be entered by the clerk or the Court as below:

**[BEGIN ENTRY OF JUDGMENT]**

JOHN DOE infringer identified as using IP address 75.85.3.187 ("**DOE**"), will have an entry of judgment of non-infringement and each party will bear their own costs and fees.

SO ORDERED:

_____

United States District Court

**[END ENTRY OF JUDGMENT]**

Pursuant to Rule 68, Strike 3 Holdings LLC shall have 14 days from date of service to accept this offer of judgment.

Dated:  July 25, 2024                    Respectfully Served,


                                         BY: */S/ J. CURTIS EDMONDSON*
                                         J. Curtis Edmondson (CSB 236105)
                                         Admitted Pro Hac Vice
                                         Edmondson IP Law
                                         3720 NW 141st Ave, Suite 212
                                         Beaverton, OR 97006
                                         503-336-3749/ FAX: (503) 482-7418
                                         jcedmondson@edmolaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically served the foregoing document by email on all counsel of record as is listed on the PACER case docket sheet.

                            /J. Curtis Edmondson/

                            July 25, 2024