# EXHIBIT 7

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § § | Civil Action<br>No. 1:23-cv-00178-JAO-RT |
| Plaintiff, | § | |
| v. | § § | |
| John Doe Subscriber assigned<br>IP address 75.85.3.187,<br>Defendant. | § § § § | |

## JOHN DOES SECOND OFFER OF JUDGMENT

Whereas Defendant JOHN DOE infringer identified as using IP address 75.85.3.187 ("JOHN DOE"), makes this second offer of judgment pursuant to Fed. R. Civ. P. 68 to be entered by the clerk or the Court as below:

**[BEGIN ENTRY OF JUDGMENT]**

JOHN DOE infringer identified as using IP address 75.85.3.187 ("JOHN DOE"), will have an entry of judgment of non-infringement. JOHN DOE will be deemed the prevailing party pursuant to the Copyright Act, and may move for an award of costs and attorney fees.

SO ORDERED:

_____

United States District Court

**[END ENTRY OF JUDGMENT]**

Pursuant to Rule 68, Strike 3 Holdings LLC shall have 14 days from date of service to accept JOHN DOE's offer of judgment.

Dated: October 17, 2024            Respectfully Served,

BY: */S/ J. CURTIS EDMONDSON*
J. Curtis Edmondson (CSB 236105)
Admitted Pro Hac Vice
Edmondson IP Law
3720 NW 141st Ave, Suite 212
Beaverton, OR 97006
503-336-3749/ FAX: (503) 482-7418
jcedmondson@edmolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically served the foregoing document by email on all counsel of record as is listed on the PACER case docket sheet.

/J. Curtis Edmondson/

October 17, 2024