# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) Case No. 1:23-cv-00178-JAO-RT |
| | ) (Copyright) |
| Plaintiff, | ) |
| | ) |
| vs. | ) DECLARATION OF COUNSEL |
| | ) J. CURTIS EDMONDSON |
| JOHN DOE subscriber assigned IP | ) (EXHIBIT 8) |
| address 75.85.3.187, | ) |
| | ) |
| Defendant. | ) |
| | ) |

I, J. CURTIS EDMONDSON, hereby declare and state the following:

1. I am an attorney licensed *pro hac vice* to practice law in the above captioned case, located in the U.S. District Court for the District of Hawaii. ECF 31.

2. I represent the movant, JOHN DOE subscriber assigned IP address 75.85.3.187 ("Defendant").

3. I am competent to make this declaration and have sufficient personal knowledge or belief of the contents herein.

4. For the work done on this matter from November 2023 to judgment entered on November 18, 2024, Defendant is requesting reasonable attorneys' fees totaling $85,612.75 and costs totaling $2,158.86; of which, I am requesting $54,336.50 in fees and $1,283.56 in expenses.

**Qualifications & Experience:**

5.      I am a solo practitioner specializing in intellectual property, particularly electrical and computer software technology. I have been licensed to practice law in California since 2005, in Oregon since 2019, and Washington since 2011. I have been licensed to practice before the United States Patent and Trademark Office since 2005.

6.      I have over 19 years of litigation experience in copyright, trademark and patent infringement matters and 19 years of experience with patent matters. Before I was licensed I worked as an engineer for 20 years, with employment at Lawrence Livermore National Laboratories and Hughes Aircraft, amongst other companies.

7.      I am admitted in Courts in all Federal Courts in California, Oregon, Colorado.  I am admitted in the Western District of Washington and the Eastern District of Michigan. I am admitted into the Ninth Circuit Court of Appeals, Second Circuit Court of Appeals, and the Federal Circuit Court of Appeals.

8.      I am also licensed as a Professional Electrical Engineer in the State of California.

**Hourly Rate:**

9.  As of 2025, my hourly rate is $425, which is at or below rates customarily charged in the community for similar work by attorneys of similar experience, ability, and standing in the Honolulu legal community, and is lower than the rate awarded by this Court to a plaintiff in a default action. *See* Kerry Culpepper Declaration filed January 5, 2024 in *Animaccord Ltd., a Cyprus limited company v. Mehndy Ali, et al.,* 1:23-cv-00173-LEK-wrp, ECF No. 132-2 (requesting an hourly of $450/hour plus costs won by default judgment, granted on May 3, 2024).

10. Mr. Culpepper's declaration, referenced above, is from the plaintiff's perspective. The American Intellectual Property Law Association (AIPLA) publishes a biennial economic survey: the most recent is entitled *AIPLA 2023: Report of the Economic Survey* ("AIPLA Report"). The report notes that it is very common for plaintiff and defense counsels to expend approximately the same amount:

3



AIPLA Report, p.78, diagram 2.

11. Additionally, the report indicates that a solo practitioner, of 19 number of years of experience is within the range of $ 425 per hour.



AIPLA Report, p.25, diagram 2.

## Expenses:

12. I have expended $1,283.56 in expenses, as follows:

**Edmondson IP Law**
**Law Offices of J. Curtis Edmondson, LLC**
15490 NW Oak Hills Dr
Beaverton, OR 97006

JOHN DOE subscriber assigned IP address 75.85.3.187
(CLOSED)

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/27/2024 | JRE 1.002 | A108 Communicate (other external) Costs for imaging Media | | 1 @ $1,048.56 | $1,048.56 |
| 6/30/2024 | JRE 1.002 | A108 Communicate (other external) Media Costs for backing up John Doe's Google Drvie to external drive for ESI extracts | | 1 @ $235.00 | $235.00 |
| | | **Amount Due** | 0.00 | | $1,283.56 |

## Work on this Case:

13. My work on this case is related to the initial case review from November 2023 onwards, but the timekeeping sheet does not contain any time spent after judgment was entered on November 18, 2024. After reviewing my timekeeping entries and adjusted, removing any duplicate times and clerical or ministerial times, I am submitting 125.36 hours in total, billed at $425/hr.

14. I have yet to request time regarding this fee motion (time entries from November 18, 2024 and ongoing), including any preparation or drafting of this fee

6

motion, communications with co-counsel and opposing counsel, and timekeeping review: as of January 19, 2025, my total hours an estimated ten (10) attorney hours. Additionally, the requested fees and expenses do not include any Hawai`i General Excise Tax (GET).

*    *    *

I declare that the foregoing is true and correct under penalty of perjury.

Dated: Portland, Oregon, January 20, 2025.

*/s/ J. Curtis Edmondson*
EDMONDSON IP LAW
J. CURTIS EDMONDSON
Counsel for Movant, John Doe

Edmondson IP Law
**Law Offices of J. Curtis Edmondson, LLC**
**15490 NW Oak Hills Dr**
**Beaverton, OR 97006**

JOHN DOE subscriber assigned IP address 75.85.3.187
(CLOSED)

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 11/11/2023 | JRE 1.002 | A107 Communicate (other outside counsel) Review email from LF regarding case involving John Doe in Hawaii. Call to LF regarding the same to discuss case. | 0.23 | $425.00 | $99.17 |
| 11/12/2023 | JRE 1.002 | A107 Communicate (other outside counsel) Review email from HLA counsel MS re JOHN DOE client. | 0.10 | $425.00 | $42.50 |
| 11/13/2023 | JRE 1.002 | A106 Communicate (with client) Review email from John Doe regarding representation. | 0.13 | $425.00 | $56.67 |
| 11/13/2023 | JRE 1.002 | A106 Communicate (with client) Review multiple emails from HLA counsel MS, attorney LF, to John Doe regarding filing of answer and respond thereof re the answer to the S3H complaint. | 0.42 | $425.00 | $177.08 |
| 11/15/2023 | JRE 1.002 | A106 Communicate (with client) Review E-mail from John Doe regarding the case status. | 0.10 | $425.00 | $42.50 |
| 11/15/2023 | JRE 1.002 | A107 Communicate (other outside counsel) Email from LF to S3H counsel CK regarding confidentiality agreement and protective order regarding confidentiality. | 0.13 | $425.00 | $56.67 |
| 11/16/2023 | JRE 1.002 | A107 Communicate (other outside counsel) Review email from S3H counsel CK regarding request to use S3H case number and review confidentiality agreement attached to email. | 0.23 | $425.00 | $99.17 |
| 12/14/2023 | JRE 1.002 | A106 Communicate (with client) Review multiple emails from HLA MS, counsel LF, and John Doe regarding email from S3H KC and notice that S3H is unwilling to dismiss the case | 0.30 | $425.00 | $127.50 |
| 12/20/2023 | JRE 1.002 | A107 Communicate (other outside counsel) Review client services agreement from HLA MS. | 0.25 | $425.00 | $106.25 |
| 12/27/2023 | JRE 1.002 | A107 Communicate (other outside counsel) Review email from S3H CK regarding Rule 26(f) conference. Review local rules on Rule 26(f) conferences and local rules for Magistrate and DC Judge. Determine the amount of time for trial in view of the complaint and evidence provided to date. Review past S3H cases of Rule 26 requests. | 0.75 | $425.00 | $318.75 |
| 1/4/2024 | JRE 1.002 | A106 Communicate (with client) Review email with HLA MS and LF regarding co-counsel agreement and allocation of work between the parties. Set up and have teams meeting regarding the same. | 0.58 | $425.00 | $247.92 |
| 1/8/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Review email from S3H CK regarding date to have status conference. | 0.10 | $425.00 | $42.50 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/14/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Review emails with HLS NS and MS regarding joint legal services agreement | 0.23 | $425.00 | $99.17 |
| 1/17/2024 | JRE 1.002 | A106 Communicate (with client) Review and receipt of voicemail from John Doe, return call to client and left VM | 0.10 | $425.00 | $42.50 |
| 1/24/2024 | JRE 1.002 | A106 Communicate (with client) Call client re underlying facts, existing docket and review draft of co-counsel agreement | 0.80 | $425.00 | $340.00 |
| 1/29/2024 | JRE 1.002 | A106 Communicate (with client) Onsite extensive discussion with John Doe re underlying facts of case, and meeting at client's house in Ewa Beach. Prepare notes from the meeting at the hotel. (Not charged - flight costs to Hawaii, time in transit to Hawaii). | 2.87 | $425.00 | $1,218.33 |
| 1/30/2024 | JRE 1.002 | A106 Communicate (with client) Review email from JD regarding FAC and JD's unredacted answer and affirmative defenses. | 0.80 | $425.00 | $340.00 |
| 2/14/2024 | JRE 1.002 | A103 Draft/revise Review emails with John Doe and HLA MS regarding engagement agreement. Review amended joint representation agreement. | 0.23 | $425.00 | $99.17 |
| 2/22/2024 | JRE 1.002 | A103 Draft/revise Review and sign joint representation agreement | 0.22 | $425.00 | $92.08 |
| 2/23/2024 | JRE 1.002 | A103 Draft/revise Draft and edit notice of appearance and pro hac vice paperwork for filing | 1.83 | $425.00 | $779.17 |
| 2/25/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Draft and send email to S3H CK regarding the scheduling conference statement. | 0.17 | $425.00 | $70.83 |
| 2/26/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Receipt and review of correspondence from S3H CK; conference call with opposing counsel and client re case; e-mail from client | 0.92 | $425.00 | $389.58 |
| 3/1/2024 | JRE 1.002 | A103 Draft/revise Call from John Doe and HLA MS re case management statement and procedure; review CMS and make edits; e-mails with client and co-counsel re edits and filing | 1.17 | $425.00 | $495.83 |
| 3/5/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Draft and send email to S3H KC regarding proposed protective order and and the model stip e-discovery order. | 0.17 | $425.00 | $70.83 |
| 3/5/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Review e-mail and attached documents from HLA MS regaridng upcoming status conference. Phone conversation per the same | 0.23 | $425.00 | $99.17 |
| 3/8/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Call from HLA MS ; attend scheduling conference with the Court ; debrief with cilent and HLA MS | 1.73 | $425.00 | $736.67 |
| 3/8/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Review email from S3H CK post hearing regardng refusing to agree to permit John Doe to proceed anonymously until judgment is entered in the case; and note that S3H will prepare a settlement demand. Send email in response to S3H CK regarding John Doe to proceed anonymously | 0.22 | $425.00 | $92.08 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 3/11/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Draft and send follow up email to S3H CK regarding order of the Court that John Doe can proceed anonymously. | 0.20 | $425.00 | $85.00 |
| 3/31/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Template out initial disclosures for client. | 0.45 | $425.00 | $191.25 |
| 4/1/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Review mult emails from co-counsel MS | 0.10 | $425.00 | $42.50 |
| 4/4/2024 | JRE 1.002 | A103 Draft/revise Draft and email template to MS regarding draft protective order to protect JR identity from public disclosure | 0.78 | $425.00 | $332.92 |
| 4/15/2024 | JRE 1.002 | A104 Review/analyze Review and confer with HLA MS re stipulated protective order, discovery strategy, review past discovery served and media needed to preserve, and create discovery plan. | 1.83 | $425.00 | $779.17 |
| 4/16/2024 | JRE 1.002 | A103 Draft/revise Draft, edit and review initial disclosures in this case and compare to past S3H initial disclosures regarding parties involved. | 0.92 | $425.00 | $389.58 |
| 4/17/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Call and multiple email exchanges with MS re initial disclosures and status updates on the case with the client. Discuss content of initial disclosures and potential witnesses from past cases. | 1.58 | $425.00 | $672.92 |
| 4/18/2024 | JRE 1.002 | A104 Review/analyze Review and analyze correspondence from HLA MS re Initial Disclosure filings | 0.45 | $425.00 | $191.25 |
| 4/22/2024 | JRE 1.002 | A104 Review/analyze Review initial discovery request from plaintiff's counsel; discuss discovery requests with HLA MS; call to and e-mails with HLA MS convert to Word and begin review prior discovery requests from S3H cases and objections. Docket Due Date | 1.90 | $425.00 | $807.50 |
| 4/24/2024 | JRE 1.002 | A108 Communicate (other external) Communicate with Hon Discovery in Honolulu regarding imaging of hard drives. | 0.47 | $425.00 | $198.33 |
| 4/24/2024 | JRE 1.002 | A108 Communicate (other external) Review email from Mark at Hon Discovery regarding disk imaging. | 0.23 | $425.00 | $99.17 |
| 4/25/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Accept Dropbox Link from Strike 3's JF with BATES Disclosures | 0.17 | $425.00 | $70.83 |
| 4/25/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Review and send multiple E-mails with MS of HLA and CK of Strike 3 holdings re discovery and initial disclosures | 0.60 | $425.00 | $255.00 |
| 4/28/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Review BATES files from Strike 3 Holdings. Review PCAP files for IP address chain of custody information in each PCAP file. Review Torrent files for IP address information in captured swarm. | 1.80 | $425.00 | $765.00 |
| 5/2/2024 | JRE 1.002 | A107 Communicate (other outside counsel) Correspond with CK of Strike 3 Holdings and MS of HLA review. | 0.37 | $425.00 | $155.83 |
| 5/2/2024 | JRE 1.002 | A108 Communicate (other external) Draft and review mult emails with Hon Discovery regarding ESI and preservation of electronic media. | 0.55 | $425.00 | $233.75 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/3/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Draft and send email to CK of Strike 3 holdings regarding proposed protective order. | 0.13 | $425.00 | $56.67 |
| 5/9/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Review email from Strike 3's KC regarding proposed protective order | 0.15 | $425.00 | $63.75 |
| 5/9/2024 | JRE 1.002 | A108 Communicate (other external)<br>Correspond re multiple emails with Hon Discovery regarding hard drive anaylsis. | 0.20 | $425.00 | $85.00 |
| 5/13/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Conference call with MS of HLA regarding case progress and planning discovery responses. | 0.58 | $425.00 | $247.92 |
| 5/13/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Prepare amended initial disclosures as requested by Strike 3 Holdings. | 0.77 | $425.00 | $325.83 |
| 5/14/2024 | JRE 1.002 | A103 Draft/revise<br>Draft and review initial objections to plaintiff's discovery (interrogatories, requests for production of documents) | 1.20 | $425.00 | $510.00 |
| 5/14/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Conference with counsel MS from HLA via Zoom re: drive; multe-mails to and from co-counsel re: file upload | 1.53 | $425.00 | $651.67 |
| 5/14/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Review email from client JR with draft interrogatory responses. Review client draft interrogatory responses | 0.53 | $425.00 | $226.67 |
| 5/21/2024 | JRE 1.002 | A106 Communicate (with client)<br>Emails with client regarding discovery by Strike 3 | 0.32 | $425.00 | $134.58 |
| 5/21/2024 | JRE 1.002 | A108 Communicate (other external)<br>Correspond with Strike 3 counsel CK, confer with our client JR, and with HLA counsel JS regarding discovery responses. Review .e01 file | 0.60 | $425.00 | $255.00 |
| 5/22/2024 | JRE 1.002 | A103 Draft/revise<br>Review defendants discovery responses to Strike 3 Holdings initial set of discovery; Conference call with client JR and with cocounsel MS of Hawaii Legal Aid re discovery requests. | 1.32 | $425.00 | $559.58 |
| 5/27/2024 | JRE 1.002 | A108 Communicate (other external)<br>Correspond with Mark at Hon Discovery regarding imaging. | 0.40 | $425.00 | $170.00 |
| 5/27/2024 | JRE 1.002 | A108 Communicate (other external)<br>Costs for imaging Media | | 1 @ $1,048.56 | $1,048.56 |
| 5/29/2024 | JRE 1.002 | A103 Draft/revise<br>Injest .e01 file into forensic system. Enter in search strings for processing. Save processed result. Review results | 2.77 | $425.00 | $1,175.83 |
| 5/30/2024 | JRE 1.002 | A108 Communicate (other external)<br>Further correspondence with Hon Discovery on cell phone imaging. | 0.38 | $425.00 | $162.92 |
| 5/31/2024 | JRE 1.002 | A108 Communicate (other external)<br>Prepare for and attend zoom conference call with HLA Counsel MS regarding ESI and search string methodoloy | 0.95 | $425.00 | $403.75 |
| 6/6/2024 | JRE 1.002 | A109 Appear for/attend<br>Zoom conference with client JR and HLA MSI regarding the review of client's discovery responses including production of documents and status of imaging cell phone; telephone call with co-counsel (left message) | 2.20 | $425.00 | $935.00 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/7/2024 | JRE 1.002 | A103 Draft/revise<br>Review draft discovery responses and attend discovery meeting with HLA MS and client JR regarding draft discovery. | 0.57 | $425.00 | $240.83 |
| 6/7/2024 | JRE 1.002 | A109 Appear for/attend<br>Review and edit client's discovery responses and share drafts for discovery meeting with client | 2.70 | $425.00 | $1,147.50 |
| 6/12/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Text messages with HLA MS regarding no response from Strike 3 Holdings counsel CK or JT | 0.13 | $425.00 | $56.67 |
| 6/13/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Correspond with HLS MS and client JR re: cell phone imaging. | 0.20 | $425.00 | $85.00 |
| 6/13/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Draft and send email to HLA counsel NS, MS, and AP regarding service of discovery on Strike 3 Holdings re 30(b)(6) deposition. | 0.32 | $425.00 | $134.58 |
| 6/14/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Draft and send email to Strike 3 Counsel CK and JT regarding ESI Conference on the scope of discovery. | 0.18 | $425.00 | $77.92 |
| 6/14/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Review email from Strike 3 Counsel CK. | 0.08 | $425.00 | $35.42 |
| 6/17/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>E-mails with Hon Discovery regarding hard drive imaging. | 0.37 | $425.00 | $155.83 |
| 6/18/2024 | JRE 1.002 | A106 Communicate (with client)<br>Review correspondence from HLA counsel MS and call with client JR | 0.47 | $425.00 | $198.33 |
| 6/18/2024 | JRE 1.002 | A106 Communicate (with client)<br>Send subpoena to client JR, review email from client regarding hard drive copies. | 0.25 | $425.00 | $106.25 |
| 6/18/2024 | JRE 1.002 | A108 Communicate (other external)<br>Review notice of subpoena from JT regarding subpoena on Reddit. Review discovery provided by Strike 3 Holdings in the | 0.00 | $425.00 | $0.00 |
| 6/19/2024 | JRE 1.002 | A106 Communicate (with client)<br>Review email from client JR regarding medical records. Review medical history. | 0.37 | $425.00 | $155.83 |
| 6/19/2024 | JRE 1.002 | A108 Communicate (other external)<br>Draft and send Email to Strike 3's JT re: confidentiality and harassment of John Doe | 0.27 | $425.00 | $113.33 |
| 6/21/2024 | JRE 1.002 | A108 Communicate (other external)<br>Review and send emails with local counsel HLA MS and JR regarding external HD production. | 0.47 | $425.00 | $198.33 |
| 6/21/2024 | JRE 1.002 | A108 Communicate (other external)<br>Review long email from Strike 3's JT regarding the deposition of defendant JR's wife. Research Hawaii marital privilege issues under both Hawaiian and federal law. Research if separate counsel is required or if conflict waiver is sufficient to provide a defense. | 2.25 | $425.00 | $956.25 |
| 6/24/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Draft and send Meet and Confer email to Strike 3 Jeremy Thompson regarding protective order. | 0.57 | $425.00 | $240.83 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 6/24/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Exchange emails with HLA MS regarding expert and and upcoming conference. | 0.20 | $425.00 | $85.00 |
| 7/1/2024 | JRE 1.002 | A101 Plan and prepare for<br>Conference call with HLA MS regarding meeting with client, review of hard drive contents that Strike 3 served via Dropbox, discuss filing strategy for the filing of the Motion for Summary Judgment and additional discovery plan | 1.33 | $425.00 | $566.67 |
| 7/2/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Call with HLA regarding coordinating of Dropbox files. | 0.38 | $425.00 | $162.92 |
| 7/11/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Review email from Strike 3 Counsel, JT regarding Notice of Intent Subpoena. Review subpoena and review court's initial discovery order. Research law on subscriber information privileges and confidentiality | 1.32 | $425.00 | $559.58 |
| 7/12/2024 | JRE 1.002 | A106 Communicate (with client)<br>Review email from client JR re hard drive. Call to client to discuss email and request in email. | 0.35 | $425.00 | $148.75 |
| 7/16/2024 | JRE 1.002 | A106 Communicate (with client)<br>Create and send email to HLA MS, NS, and AP and re copyright, discovery and case theory. Review Spectrum legal policy on confidentiality | 0.58 | $425.00 | $247.92 |
| 7/18/2024 | JRE 1.002 | A104 Review/analyze<br>Create spreadsheet for HLA MS, NS, and AP mapping evidence vs. claims in complaint and Ex. A attached to complaint | 0.92 | $425.00 | $389.58 |
| 7/20/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Review status and schedule with co-counsel | 0.20 | $425.00 | $85.00 |
| 7/22/2024 | JRE 1.002 | A104 Review/analyze<br>Review scheduling notices from HLA MS | 0.30 | $425.00 | $127.50 |
| 7/23/2024 | JRE 1.002 | L350 Discovery Motions<br>Draft and send email to Strike 3's Jeremy Thompson requesting call to discuss ESI per the local rules. | 0.20 | $425.00 | $85.00 |
| 7/25/2024 | JRE 1.002 | A103 Draft/revise<br>Review discovery responses for defendant JR to Strike 3. | 1.28 | $425.00 | $545.42 |
| 7/25/2024 | JRE 1.002 | A106 Communicate (with client)<br>Review email from client JR regarding letter from Cablevision | 0.33 | $425.00 | $141.67 |
| 7/25/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Draft Rule 68 offer to Strike 3. Call and confirm with client the scope of the Rule 68 offer. | 0.93 | $425.00 | $396.67 |
| 7/27/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Draft and send email to Strike 3's JT and CK regarding the second subpoena on the ISP | 0.30 | $425.00 | $127.50 |
| 7/30/2024 | JRE 1.002 | A109 Appear for/attend<br>Attend meeting with client JR, and HLA MS and AP, re case strategy, reviewing the scope of the motion to quash and the result of the motion. | 1.13 | $425.00 | $481.67 |
| 7/30/2024 | JRE 1.002 | A109 Appear for/attend<br>Review Draft Protective Order prepared by HLA. | 0.20 | $425.00 | $85.00 |
| 7/31/2024 | JRE 1.002 | L210 Pleadings<br>Annotate ISP subpeona with topics that are personal and privileged. | 0.43 | $425.00 | $184.17 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/1/2024 | JRE 1.002 | A103 Draft/revise<br>Create objections for client JR responses to S3H Requests for Admissions; review email from co-counsel MS and AP. | 2.30 | $425.00 | $977.50 |
| 8/1/2024 | JRE 1.002 | A103 Draft/revise<br>Review email from Strike 3's KC regarding the discovery on ISP | 0.18 | $425.00 | $77.92 |
| 8/2/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Call with MS with HLA regarding scope of discovery to serve on Strike 3 Holdings, depositions of key witnesses - IPP PMK, JF at Strike 3. | 1.28 | $425.00 | $545.42 |
| 8/6/2024 | JRE 1.002 | A106 Communicate (with client)<br>Review email and evidence from client JR of the dates he was not at the house during dates of alleged infringement. | 0.43 | $425.00 | $184.17 |
| 8/6/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Call with MS of HLA and JR, client, for current discovery, protective order, MSJ and Motion to Quash | 0.95 | $425.00 | $403.75 |
| 8/6/2024 | JRE 1.002 | A108 Communicate (other external)<br>Review mult emails from opposing counsel CK regarding schedule for Meet and Confer. | 0.27 | $425.00 | $113.33 |
| 8/7/2024 | JRE 1.002 | A103 Draft/revise<br>Further edits to defendant's Motion to Quash | 1.30 | $425.00 | $552.50 |
| 8/7/2024 | JRE 1.002 | A105 Communicate (in firm)<br>Review and exchange emails with MS at HLA regarding scheduling of motion to quash. | 0.30 | $425.00 | $127.50 |
| 8/7/2024 | JRE 1.002 | A108 Communicate (other external)<br>Mult Emails with Hon Discovery regarding quotation for search strings on media. | 0.25 | $425.00 | $106.25 |
| 8/8/2024 | JRE 1.002 | A103 Draft/revise<br>Further edits to the motion to quash | 0.83 | $425.00 | $354.17 |
| 8/9/2024 | JRE 1.002 | A105 Communicate (in firm)<br>Review emails from2 local counsel MS of HLA regarding case status. | 0.23 | $425.00 | $99.17 |
| 8/9/2024 | JRE 1.002 | A106 Communicate (with client)<br>Draft and send email to Charter Communications | 0.30 | $425.00 | $127.50 |
| 8/9/2024 | JRE 1.002 | A108 Communicate (other external)<br>Call with Strikes 3's counsel regarding the case. | 0.33 | $425.00 | $141.67 |
| 8/12/2024 | JRE 1.002 | A105 Communicate (in firm)<br>Exchange emails with HLA MS re discovery | 0.17 | $425.00 | $70.83 |
| 8/12/2024 | JRE 1.002 | A108 Communicate (other external)<br>Review email from Strike 3's counsel | 0.13 | $425.00 | $56.67 |
| 8/12/2024 | JRE 1.002 | L310 Written Discovery<br>Draft defendant's second set on discovery on Strike 3. Interrogatories, Production of Documents, and Admissions. | 0.80 | $425.00 | $340.00 |
| 8/13/2024 | JRE 1.002 | A105 Communicate (in firm)<br>Call with MS of HLA regarding discovery responses. Review discovery responses prior to call to prep. | 0.95 | $425.00 | $403.75 |
| 8/13/2024 | JRE 1.002 | A106 Communicate (with client)<br>Call with defendant JR to discuss discovery responses and case status. | 0.72 | $425.00 | $304.58 |
| 8/13/2024 | JRE 1.002 | A106 Communicate (with client)<br>Review email from JT re: extension of time to Supplement responses | 0.23 | $425.00 | $99.17 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/14/2024 | JRE 1.002 | A106 Communicate (with client)<br>Call with co-counsel MS of HLA and defendant JR regarding scheduling of work allocating discovery, between HLA and JCE, and further responses to discovery. | 0.72 | $425.00 | $304.58 |
| 8/14/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Docket call with JT of Strike 3 Holdings. | 0.37 | $425.00 | $155.83 |
| 8/14/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Review email from JT of Strike 3 Holdings regarding IPP data and that IPP will not be called as a witness in the case. Verified that no PCAPS were available for the "additional evidence" file. Review notes from phone call. Draft and send email to JT of Strike 3 Holdings in response re: 5,000 search strings. | 0.95 | $425.00 | $403.75 |
| 8/14/2024 | JRE 1.002 | L310 Written Discovery<br>Formulate First Set on Discovery on Strike 3 by defendant JR, Request for Production of Documents and Interrogatory (Set One). | 0.43 | $425.00 | $184.17 |
| 8/15/2024 | JRE 1.002 | A106 Communicate (with client)<br>Work with John Doe on documents from "Google Takeout" and the results over the phone for Strike 3 discovery. | 0.75 | $425.00 | $318.75 |
| 8/15/2024 | JRE 1.002 | A108 Communicate (other external)<br>Zoom call with JT of Strike 3 Holdings. | 0.33 | $425.00 | $141.67 |
| 8/16/2024 | JRE 1.002 | A106 Communicate (with client)<br>Review email from client JR regarding the status of the media and medical history. | 0.35 | $425.00 | $148.75 |
| 8/16/2024 | JRE 1.002 | A108 Communicate (other external)<br>Draft and send email to JT and CK of Strike 3 Holdings regarding Strike 3's failure to list IPP on the initial disclosures as a witness/company that supplied evidence to Strike 3 for the "Additional Evidence" file. | 0.60 | $425.00 | $255.00 |
| 8/18/2024 | JRE 1.002 | A106 Communicate (with client)<br>Meeting with defendant JR and HLA MS to review discovery and case status. | 0.63 | $425.00 | $269.17 |
| 8/18/2024 | JRE 1.002 | L310 Written Discovery<br>Further edits to DF JR's interrogatories (set two). Multiple drafts. | 0.42 | $425.00 | $177.08 |
| 8/18/2024 | JRE 1.002 | L310 Written Discovery<br>Further edits to DF JR's request for production (set two). Multiple drafts. | 1.23 | $425.00 | $524.17 |
| 8/21/2024 | JRE 1.002 | A103 Draft/revise<br>Review documents from client JR and co-counsel MS from HLA | 0.77 | $425.00 | $325.83 |
| 8/24/2024 | JRE 1.002 | A104 Review/analyze<br>Edit version of Stipulated Protective Order | 0.47 | $425.00 | $198.33 |
| 8/25/2024 | JRE 1.002 | A105 Communicate (in firm)<br>Call with MS of Hawaii Legal Aid to discussthe analysis of computers of the ACER laptops and the external media. | 0.47 | $425.00 | $198.33 |
| 8/27/2024 | JRE 1.002 | A103 Draft/revise<br>Edit supplemental responses to PL discovery set one. Edit RFP responses and objections. Prepare search string results. Edit Interrogatories (several draftis). Review request for 4,000 search strings. | 1.93 | $425.00 | $821.67 |
| 8/27/2024 | JRE 1.002 | A103 Draft/revise<br>Review and edit drafted supplemental responses to discovery by HLA | 0.63 | $425.00 | $269.17 |
| 8/27/2024 | JRE 1.002 | A105 Communicate (in firm)<br>Call with HLA with counsel and client regarding the chain of custody for computers. | 0.45 | $425.00 | $191.25 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 8/28/2024 | JRE 1.002 | L310 Written Discovery<br>Prepare supplemental responses to discovery and move discovery responses into Dropbox.  Prepare dropbox link with password and email same to Strike 3's counsel. | 0.43 | $425.00 | $184.17 |
| 8/29/2024 | JRE 1.002 | L310 Written Discovery<br>Email exchange with client regarding discovery responses and facebook extracts | 0.40 | $425.00 | $170.00 |
| 8/30/2024 | JRE 1.002 | A105 Communicate (in firm)<br>ReviewPlaintiff's Opposition to our Motion; review with client and co-counsel. | 1.23 | $425.00 | $524.17 |
| 9/6/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Conference call with HLA MS regarding Plaintiff's Opposition | 0.80 | $425.00 | $340.00 |
| 9/12/2024 | JRE 1.002 | L390 Other Discovery<br>Organize Log File extracts into dropbox file.  Send Log File extract dropbox link to Plaintiff JT and CK | 1.17 | $425.00 | $495.83 |
| 9/12/2024 | JRE 1.002 | L390 Other Discovery<br>Respond to email from Strike 3's JT re Dropbox Password | 0.10 | $425.00 | $42.50 |
| 9/13/2024 | JRE 1.002 | L390 Other Discovery<br>Draft and send Email to JT regarding reply brief and system glitch and filing. | 0.20 | $425.00 | $85.00 |
| 9/14/2024 | JRE 1.002 | L310 Written Discovery<br>Review discovery responses served by Strike 3 to JR Request for Production, Set One.  Review Strike 3's objections to the production of computer programs that created the "Additional Evidence" file and look up district court (9th Cir) cases on the production of source code | 0.77 | $425.00 | $325.83 |
| 9/14/2024 | JRE 1.002 | L310 Written Discovery<br>Review Strike 3's objections to the interrogatory responses.  Compare response to declarations for early discovery.   Review Rule 37 for frivolous objections. | 0.47 | $425.00 | $198.33 |
| 9/16/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Draft and respond to 9/13 discovery email from Strike 3's JT regarding 8 issues raised in the responses. | 0.37 | $425.00 | $155.83 |
| 9/16/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Draft and send email to JT of Strike 3 Holdings regarding Bates 5 (additional evidence) and other objections. | 0.38 | $425.00 | $162.92 |
| 9/16/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Review and send communications with MS of HLA regarding discovery. | 0.40 | $425.00 | $170.00 |
| 9/18/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Conference Call with HLA regarding case hearing on 9/19.  Review notes. | 0.53 | $425.00 | $226.67 |
| 9/19/2024 | JRE 1.002 | A109 Appear for/attend<br>Attend court hearing on Motion to Quash and for Protective Order | 1.47 | $425.00 | $623.33 |
| 9/22/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Email to Strike 3's JT  to propose regarding  meet and confer for informal discovery conference. | 0.15 | $425.00 | $63.75 |
| 9/24/2024 | JRE 1.002 | A106 Communicate (with client)<br>Draft and Review emails to/ from client JR regarding case status | 0.30 | $425.00 | $127.50 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 9/25/2024 | JRE 1.002 | L390 Other Discovery<br>Draft and send meet and confer email on John Doe's discovery set one to JT in view of Strike 3's objections. | 0.23 | $425.00 | $99.17 |
| 9/26/2024 | JRE 1.002 | A103 Draft/revise<br>Review and edit the PO from recent hearing, exchange drafts with HLA MS | 0.77 | $425.00 | $325.83 |
| 9/26/2024 | JRE 1.002 | A108 Communicate (other external)<br>Draft and submit proposed order to chambers | 0.25 | $425.00 | $106.25 |
| 9/27/2024 | JRE 1.002 | A108 Communicate (other external)<br>Draft and send clarification email to Strike 3's JT regarding issues regarding discovery produced to Strike 3. | 0.27 | $425.00 | $113.33 |
| 9/30/2024 | JRE 1.002 | L390 Other Discovery<br>Request for Word Version of RFA Discovery from JT of Strike 3 | 0.10 | $425.00 | $42.50 |
| 10/4/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Call with HLA MS regarding extension of time for discovery, case status and work allocation | 0.47 | $425.00 | $198.33 |
| 10/10/2024 | JRE 1.002 | A105 Communicate (in firm)<br>Correspond with internally l re: conference with Judge Trader | 0.28 | $425.00 | $120.42 |
| 10/11/2024 | JRE 1.002 | A109 Appear for/attend<br>Attend strategy meeting with client | 0.63 | $425.00 | $269.17 |
| 10/11/2024 | JRE 1.002 | L450 Trial and Hearing Attendance<br>Telephone conference with Judge re discovery disputes and settlement issues | 0.73 | $425.00 | $311.67 |
| 10/12/2024 | JRE 1.002 | L390 Other Discovery<br>Draft and send email to JT regarding Strike 3's incomplete discovery responses | 0.37 | $425.00 | $155.83 |
| 10/15/2024 | JRE 1.002 | L420 Expert Witnesses<br>Receive and review expert reports from Paige and Arco. Send analysis to HLA and to client | 1.47 | $425.00 | $623.33 |
| 10/16/2024 | JRE 1.002 | L420 Expert Witnesses<br>Send expert reports to rebuttal experts of John Doe | 0.17 | $425.00 | $70.83 |
| 10/17/2024 | JRE 1.002 | A108 Communicate (other external)<br>Draft and send email with Reddit's counsel at Perkins Coie regarding subpoena | 0.27 | $425.00 | $113.33 |
| 10/17/2024 | JRE 1.002 | L160 Settlement/Non-Binding ADR<br>Draft and send Second Offer of Judgment to Strike 3 | 0.58 | $425.00 | $247.92 |
| 10/17/2024 | JRE 1.002 | L160 Settlement/Non-Binding ADR<br>Review response from Strike 3 on second offer of Judgment. Draft and send amended settlement offer in response. Confer with client regarding settlement offer. | 0.53 | $425.00 | $226.67 |
| 10/18/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Conference with co-counsel MS of HLA re settlement letter and expert disclosures, torrent files | 0.75 | $425.00 | $318.75 |
| 10/19/2024 | JRE 1.002 | L160 Settlement/Non-Binding ADR<br>Draft responsive email to JT of Strike 3 regarding settlement. | 0.47 | $425.00 | $198.33 |
| 10/20/2024 | JRE 1.002 | L340 Expert Discovery<br>Call with JM, expert on heatmap and open Wifi to discuss rebuttal report. Dates to do survey in Hawaii and scope of survey | 2.27 | $425.00 | $963.33 |

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 10/21/2024 | JRE 1.002 | A106 Communicate (with client)<br>Confer with client and co-counsel regarding def rebuttal experts, BW on Bittorrent, KT on computer reliability, and EF on damages. | 0.70 | $425.00 | $297.50 |
| 10/21/2024 | JRE 1.002 | A106 Communicate (with client)<br>Conference call with with Strike 3 for meet and confer on discovery. | 0.48 | $425.00 | $205.42 |
| 10/21/2024 | JRE 1.002 | L340 Expert Discovery<br>Call with expert KT regarding rebuttal expert report. Discuss past expert reports and BATES evidence available for expert analysis | 1.75 | $425.00 | $743.75 |
| 10/23/2024 | JRE 1.002 | L340 Expert Discovery<br>Call with expert BW to discuss expert report and bittorrent file contents. | 1.25 | $425.00 | $531.25 |
| 10/25/2024 | JRE 1.002 | A106 Communicate (with client)<br>Call with client JR re: settlement letter; analysis of settlement offer and terms, discuss counteroffers. | 0.78 | $425.00 | $332.92 |
| 10/25/2024 | JRE 1.002 | L330 Depositions<br>Email to Strike 3 regarding deposition dates for Jorge Arco and Jessica Fernandez | 0.23 | $425.00 | $99.17 |
| 10/27/2024 | JRE 1.002 | L310 Written Discovery<br>Zoom call with Client regarding Strike 3's RFA's, review portions of movies to confirm that they were not seen by JR. | 2.50 | $425.00 | $1,062.50 |
| 10/28/2024 | JRE 1.002 | A103 Draft/revise<br>Edit settlement letter prepared by HLA MS for judge Trader; email to client, call with client to discuss. | 2.57 | $425.00 | $1,090.83 |
| 10/28/2024 | JRE 1.002 | L310 Written Discovery<br>Prepare RFA's responses to Strike 3's discovery. Draft and send objections.   S | 1.62 | $425.00 | $687.08 |
| 10/28/2024 | JRE 1.002 | L420 Expert Witnesses<br>Review expert reports of Patrick Paige and Jorge Arco.  Compare expert reports of JA to David Williamson to look for direct copying by Jorge Arco of Williamson's report. | 3.20 | $425.00 | $1,360.00 |
| 10/30/2024 | JRE 1.002 | A106 Communicate (with client)<br>Review and send emails to client JR and HLA MS regarding settlement conference | 0.45 | $425.00 | $191.25 |
| 10/31/2024 | JRE 1.002 | A106 Communicate (with client)<br>Prepare client, JR, for settlement conference by phone call. | 1.75 | $425.00 | $743.75 |
| 10/31/2024 | JRE 1.002 | A109 Appear for/attend<br>Attend settlement conference with court and client | 2.80 | $425.00 | $1,190.00 |
| 11/1/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Call with MS of HLA regardng discovery | 0.50 | $425.00 | $212.50 |
| 11/7/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Draft and send email to JT regarding withdrawal of subpoens. | 0.10 | $425.00 | $42.50 |
| 11/13/2024 | JRE 1.002 | A107 Communicate (other outside counsel)<br>Review and respond to the  draft judgment of dismissal from Strike 3 Holdings | 0.23 | $425.00 | $99.17 |
| 11/13/2024 | JRE 1.002 | L460 Post-Trial Motions and Submissions<br>Emails regarding proposed judgment | 0.20 | $425.00 | $85.00 |
| | | **Amount Due** | **125.36** | | **$54,336.50** |

Please Remit Payments To:
Law Offices of J. Curtis Edmondson, LLC
15490 NW Oak Hills Drive, Beaverton, OR 97006

**Edmondson IP Law**
**Law Offices of J. Curtis Edmondson, LLC**
**15490 NW Oak HIlls Dr**
**Beaverton, OR 97006**

JOHN DOE subscriber assigned IP address 75.85.3.187
(CLOSED)

| Date | Matter | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 5/27/2024 | JRE 1.002 | A108 Communicate (other external) Costs for imaging Media | | 1 @ $1,048.56 | $1,048.56 |
| 6/30/2024 | JRE 1.002 | A108 Communicate (other external) Media Costs for backing up John Doe's Google Drvie to external drive for ESI extracts | | 1 @ $235.00 | $235.00 |
| | | **Amount Due** | **0.00** | | **$1,283.56** |

Please Remit Payments To:
Law Offices of J. Curtis Edmondson, LLC
15490 NW Oak Hills Drive, Beaverton, OR 97006

Page 1