IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | Case No. 1:23-cv-00178-JAO-RT |
| | (Copyright) |
| Plaintiff, | |
| | |
| vs. | DECLARATION OF COUNSEL |
| | LEONARD J. FRENCH |
| JOHN DOE subscriber assigned IP | (EXHIBIT 9) |
| address 75.85.3.187, | |
| | |
| Defendant. | |

**DECLARATION OF LEONARD J. FRENCH, ESQ.**

1. I am Leonard J. French, Esq., a licensed attorney from Pennsylvania, bar number 312413.

2. I have been licensed for over 13 years, since October of 2011.

3. I practice as a solo attorney.

4. I have represented clients in many areas of practice, but I focus on copyright law.

5. Since 2011, I have represented over 1,500 clients in copyright-related matters, mostly internet-based file-sharing litigation.

6. I have represented some of the first defendants in the ongoing wave of adult-entertainment copyright infringement lawsuits. I represented a 'John Doe'

defendant in the first Malibu Media litigation ordered to trial, the "Bellwether" litigation in the Eastern District of Pennsylvania.

7. In the instant matter, I was contacted by Defendant on November 1st, 2023.

8. I agreed to represent the client 'pro bono'.

9. After intake, I worked with co-counsel to put together a legal team that could represent the client.

10. I participated in the litigation as described in my Time Log, totaling 7.55 hours of billable time.

11. I noted on my time log that I was willing to accept $325/hour. The AIPLA 2023 Report on the Economic Survey lists average hourly billing for a solo attorney with 10-14 years of experience at $348/hour (page 25, figure I-21).

12. Thus, my 7.55 billable hours at $348/hour totals $2,627.40.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 20, 2025,                /s/ Leonard J. French

John Doe

Time Log of Leonard J. French, Esq.

Prepared December 1, 2024

Biography of Leonard J. French, Esq:

Leonard French has been licensed and practicing in Pennsylvania since October of 2011. He has represented approximately 1,500 defendants in "John Doe" type copyright infringement suits, including several notable cases, such as the Malibu Media "Bellwether" case in EDPA in 2013, and several instances of Malibu Media or Strike 3 Holdings litigation since, and including providing affordable or pro bono representation to innocent defendants headed to litigation.

| Date | Hours | Description | Rate | Total |
|---|---|---|---|---|
| 10/31/2023 | 0.1 | Initial email correspondence with client. Requested ISP Notice. | $325.00 | $32.50 |
| 11/1/2023 | 0.2 | Email correspondence with client about Summons. | $325.00 | $65.00 |
| 11/3/2023 | 0.25 | Initial call with Client. Will send Affidavit of Innocence Questionnaire. | $325.00 | $81.25 |
| 11/7/2023 | 0.2 | Reviewing client answers to Innocence Questionnaire. | $325.00 | $65.00 |
| 11/8/2023 | 0.5 | Drafting Affidavit of Innocence. | $325.00 | $162.50 |
| 11/10/2023 | 0.4 | Reviewing client correspondence about Legal Aid in Hawaii. Responded to introduce myself and my involvement. | $325.00 | $130.00 |
| 11/11/2023 | 1.1 | Email to client about Answering the Complaint. Without ghostwriting, assisted client in understanding his obligations under the FRCP, etc., in preparation for pro se Answer. | $325.00 | $357.50 |
| 11/11/2023 | 0.1 | Correspondence with client to bring Attorney Edmondson on board. | $325.00 | $32.50 |
| 11/11/2023 | 0.8 | Reviewing client's pro se Answer. | $325.00 | $260.00 |
| 11/13/2023 | 0.5 | Finished drafting and sending Affidavit of Innocence to client for signature. | $325.00 | $162.50 |
| 11/13/2023 | 0.1 | Circulating client's signed Affidavit of Innocence. | $325.00 | $32.50 |
| 11/14/2023 | 0.2 | Reviewing correspondence about client's service of pro se Answer. | $325.00 | $65.00 |
| 11/15/2023 | 0.2 | Correspondence to Attorney Kamau sending the pro se Answer and requesting a Confidentiality Agreement for the Affidavit. | $325.00 | $65.00 |
| 15-Nov | 0.2 | Email to Attorneys Sasaki and Severson from Hawaii Legal Aid about status of my efforts with client. | $325.00 | $65.00 |
| 11/18/2023 | 0.2 | Email to Hawaii Legal Aid about vetting process for co-counseling. | $325.00 | $65.00 |
| 8/19/2024 | 2.5 | Reviewing client discovery responses. Drafting memo to Atty Edmondson re: responsive documents. | $325.00 | $812.50 |
| **Total** | **7.55** | | **Total** | **$2,453.75** |