# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) | Case No. 1:23-cv-00178-JAO-RT |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DECLARATION OF COUNSEL |
| | ) | MORGAN K. SASAKI |
| JOHN DOE subscriber assigned IP | ) | (EXHIBIT 10) |
| address 75.85.3.187, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, MORGAN K. SASAKI, hereby declare and state the following:

1.     I am an attorney in good standing who is licensed to practice law in the U.S. District Court for the District of Hawaii and in the State of Hawai`i.

2.     I represent the movant, JOHN DOE subscriber assigned IP address 75.85.3.187 ("Defendant").

3.     I am competent to make this declaration and have sufficient personal knowledge or belief of the contents herein.

4.     For the work done on this matter from November 2023 to judgment entered on November 18, 2024, Defendant is requesting reasonable attorneys' fees totaling $85,612.75 and costs totaling $2,158.86; of which, LASH is requesting $28,822.50 in fees and $875.30 in expenses. Attached is my timesheet.

**Qualifications & Experience:**

5.     I am currently a staff attorney by the LEGAL AID SOCIETY OF HAWAI`I ("Legal Aid" or "LASH") within the Housing and Consumer Unit ("HCU"), located in the Bethel Street Office since April 2023, where I was formerly a paralegal from September 2021 through December 2022.

6.     I graduated from the Southwestern Law School, SCALE (two-year accelerated) Program in May 2020, with a concentration in criminal law, having successfully completed two law clerkships in Summer 2019 and Spring 2020, rotating through a total of four different branches within the Los Angeles County Public Defender's Office, assisting in client interviews, reviewing felony-related e-discovery and digitized evidence, and preparing for trial and drafting motions.

7.     Since 2023, I have made several appearances in state court and administratively on behalf of low-income or qualified tenants and consumers. I am also currently involved in three federal court cases, including this case. HCU is also involved in other cases, including a matter in front of the Hawai`i Supreme Court several in front of the Intermediate Court of Appeals; tasked with community outreach and education; and involved in internal training and development.

2

8.      LASH has no other copyright infringement actions that we are

currently representing. Of the HCU, with Mr. Severson's departure,[1] we are left

with only two attorneys licensed to practice in federal court. Of the two attorneys, I

have attended and completed a Hawaii Federal Trial Academy (HFTA) program.[2]


**Hourly Rate:**

9.      As of July 1, 2024, my hourly rate is $275 in copyright infringement

defense matters in which the firm bills an hourly rate. This is based upon the

following factors:

     a.  LASH's fiscal year starts on July 1. As of July 1, 2024, I had over a

        year of bar licensure.

     b.  HCU's most recent federal fee motion award was granted almost four

        years ago in a federal fair housing claim[3] on May 28, 2021 in which

        HCU, with *pro hac vice* co-counsel, represented plaintiff-intervenor

        Rachael Ale in *United States v. Hawaii Student Suites, Inc.,* 1:19-cv-

        00528-JMS-rt ("*HSS*"), and were awarded $275/hour for former

---

[1] Attorney Nicholas J. Severson filed his *Motion to Withdraw as Counsel* due to his
change in employment. ECF No. 61.

[2] HFTA 2025, held January 15-17, 2025. https://www.hid.uscourts.gov/trial-academy/introduction

[3] This particular fair housing matter did not involve or require complex or
specialized knowledge of technology, *e.g.,* an understanding of "BitTorrent,"
unlike this present copyright infringement matter.

managing attorney, Daniel J. O'Meara and $180/hour for then-first-

year attorney Nicholas J. Severson. *HSS,* ECF No. 132.

c.  The American Intellectual Property Law Association (AIPLA)

publishes a biennial economic survey: the most recent is entitled

*AIPLA 2023: Report of the Economic Survey* ("AIPLA Report"). An

attorney at a private firm, non-partner-track, with less than five years

of IP experience has a median billing rate of $250/hour, the mean

billing rate is $331/hour:



AIPLA Report, p.34, diagram 2.

4

d.      HCU participates actively in litigation. While IP law is not my

primary field of practice, I have been uniquely working on this matter

as local counsel and am vital to this matter to conduct in-person client

interviews, collect and review documents and evidence, prepare and

respond to discovery, and draft and submit motions since November

2023 and ongoing.

e.      This particular case involved a significant number of hours due

to the number of allegations, discovery request review and responses.

**Expenses:**

10.     LASH has expended $875.30 in expenses, as follows:

| Date | Amount | | Description |
|---|---|---|---|
| 1/29/2024 | $30.24 | LASH | Mileage reimbursement @0.56/mile to MKS for client home visit (carpool with JCE (96815) & NJS (96813), round trip) |
| 2/23/2024 | $300 | LASH | PHV Application for JCE (ECF No. 28) |
| 6/17/2024 | $523.56 | LASH | Cell phone imaging cost (Exhibit 10) |
| 7/2/2024 | $21.50 | LASH | Certified mail to send hard drive to JCE (Exhibit 10) |

**Work on this Case:**

11.    My work on this case is related to the initial case review from
November 2023 onwards, but the timekeeping sheet does not contain any LASH
time spent after judgment was entered on November 18, 2024. My "unrefined"
time for this work, is 198.9 hours; however, I have reviewed LASH's timekeeping
entries and adjusted as follows:[4]

   a.  I noted time entries that I believe are "clerical" or "ministerial" tasks
       (indicated by code "C") and I am billing those at $0/hour;

   b.  I reviewed for duplicate time, *e.g.,* conferences with co-counsel,
       (indicated by code "D") and I am billing those entries at $0/hour;

   c.  I billed only for my adjusted attorney time, totaling 105.2 hours
       (indicated by code "A") at the requested reasonable rate of $275;

12.    I reviewed the other LASH timekeeping entries, which were billed as
follows and these numbers are hereby provided to the Court and Respondent's
counsel for reference:

   a.  Support/Paralegal Staff: Total of 3.5 hours; waived due to their
       minimal role and disaffiliation with LASH.

---

[4] Attached as Exhibit A to Parties' Joint Statement includes opposing counsel's
objections.

    b.  Nicholas J. Severson (former HCU Managing Attorney): Total of 18.6 hours, adjusted down to 0.9 attorney hours; waived, factoring in his recent disaffiliation from LASH.

    c.  Alicia L. Pitts (HCU Managing Attorney as of December 2024): Total of 64.7 hours, adjusted to 9.5 attorney hours; waived, eliminating any chance of duplicate LASH time.

13.    LASH has yet to request time regarding this fee motion (time entries from November 18, 2024 and ongoing), including any preparation or drafting of this fee motion, communications with co-counsel and opposing counsel, and timekeeping review: as of January 19, 2025, my total hours are 27.4, refined to 14.1 attorney hours. Additionally, the requested fees and expenses do not include any Hawai`i General Excise Tax (GET).

*    *    *

I declare that the foregoing is true and correct under penalty of perjury.

Dated: Honolulu, Hawai`i, January 20, 2025.

/s/ Morgan K. Sasaki
LEGAL AID SOCIETY OF HAWAI`I
MORGAN K. SASAKI
Counsel for Movant, John Doe

| Date of Service | Time Spent (Raw) | Caseworker | Type | Case Notes | Adjusted Time | Adjusted Billing |
|---|---|---|---|---|---|---|
| 11/09/2023 | 0.8 | MKS | A | Case review with DF: review prior cases/notes, research, review of procedural background & filed PACER documents | 0.8 | $220.00 |
| 11/09/2023 | 0.5 | MKS | A | Phone call with Client. Confirm intake notes, provided limited C&A & hardship screening | 0.5 | $137.50 |
| 11/09/2023 | 1.8 | MKS | A | Research re: service, call to federal court clerk. Case review/discussion with CRM re: defenses, service, sealing/redacting | 1.8 | $495.00 |
| 11/09/2023 | 1.4 | MKS | A | Draft/send follow-up emails to Client memorializing C&A and updates | 1.4 | $385.00 |
| 11/12/2023 | 0.3 | MKS | C | Read/review email chain between possible private attorney/co-counsel(s). Email to NJS re: pro hac vice/co-counsel | 0 | $0.00 |
| 11/13/2023 | 0.2 | MKS | A | Review of further emails from Client, review of Client's response/answer, discuss with CRM. Respond to counsel re: pro hac vice possibility (will follow-up) | 0.2 | $55.00 |
| 11/13/2023 | 0.2 | MKS | C | FYI email to management (Angela) & supervisor (NJS) re: pro hac vice, case update(s) | 0 | $0.00 |
| 11/15/2023 | 0.5 | MKS | A | Case discussion (strategy) with NJS, email out to co-counsels, NJS to follow-up with management | 0.5 | $137.50 |
| 11/16/2023 | 0.1 | MKS | C | Discuss with NJS re: scheduling meeting(s) & send out invite | 0 | $0.00 |
| 11/17/2023 | 0.8 | MKS | A | Meeting with management (David) & NJS re: next steps/potential litigation strategy. Draft & send email to co-counsel | 0.8 | $220.00 |
| 11/27/2023 | 0.2 | MKS | C | Review of case, draft response to co-counsels. Start LSC compliance documents (1609) | 0 | $0.00 |

| Date | Hours | Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 11/29/2023 | 0.4 | MKS | C | Review/response to co-counsels re: Client retainer agreement | 0 | $0.00 |
| 12/11/2023 | 0.1 | MKS | C | Email to Client | 0 | $0.00 |
| 12/14/2023 | 0.2 | MKS | C | Review/respond to co-counsel | 0 | $0.00 |
| 12/14/2023 | 0.1 | MKS | C | Additional review/respond to DF, respond to co-counsel | 0 | $0.00 |
| 12/19/2023 | 0.5 | MKS | A | Review templates, draft retainer docs, send to NJS for review | 0.5 | $137.50 |
| 12/20/2023 | 0.2 | MKS | C | Call to Client, left voicemail + email to co-counsels | 0 | $0.00 |
| 01/03/2024 | 1 | MKS | A | Review of case file, send scheduling emails. Incorporate edits, review/draft compliance documents | 1 | $275.00 |
| 01/04/2024 | 0.5 | MKS | A | Debrief call with NJS, work on retainer/finalize compliance | 0.5 | $137.50 |
| 01/04/2024 | 0.2 | MKS | C | Scheduling/emails with co-counsels | 0 | $0.00 |
| 01/04/2024 | 1.1 | MKS | D (JCE) | Case conference with co-counsels via Teams: meet-and-greet/introductions, case review so far and proposed strategy | 0 | $0.00 |
| 01/05/2024 | 0.2 | MKS | A | Edits to retainer. Send to NJS for review | 0.2 | $55.00 |
| 01/09/2024 | 0.2 | MKS | A | Forward copy of retainer to co-counsels | 0.2 | $55.00 |
| 01/10/2024 | 0.4 | MKS | A | Finalize/format retainer documents, send via Adobesign + follow-up email to Client | 0.4 | $110.00 |
| 01/11/2024 | 0.1 | MKS | C | Call to Client 2x, scheduling | 0 | $0.00 |
| 01/11/2024 | 0.1 | MKS | C | Call to Client, left voicemail | 0 | $0.00 |
| 01/17/2024 | 0.1 | MKS | C | Call to JCE. Left voicemail + follow-up email | 0 | $0.00 |
| 01/17/2024 | 0.3 | MKS | D (JCE) | JCE called me, discussion of devices. Schedule conference call for review of list of devices so far | 0 | $0.00 |
| 01/19/2024 | 0.6 | MKS | A | Call to Client, case updates/interview Client | 0.6 | $165.00 |
| 01/19/2024 | 1.5 | MKS | D (JCE) | Call with JCE, discuss in-person Client interview/home visit. Call with JCE out to Client; draft/send follow-up email | 0 | $0.00 |

| Date | Hours | Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 01/24/2024 | 0.8 | MKS | A | Review of LASH & PACER dockets, draft federal court notice of appearance, Teams messages with CRM & NJS; upload/organize compliance documents to LASH docket | 0.8 | $220.00 |
| 01/24/2024 | 0.1 | MKS | C | Call to JCE, left voicemail | 0 | $0.00 |
| 01/25/2024 | 0.3 | MKS | A | Draft/send email to co-counsels with updates, notes so far | 0.3 | $82.50 |
| 01/29/2024 | 0.1 | MKS | A | Debrief with NJS after JCE/review of JCE thoughts | 0.1 | $30.00 |
| 01/29/2024 | 0.9 | MKS | C | Travel to pick up & drop off JCE and NJS, coordinate physical evidence storage/email NJS | 0 | $0.00 |
| 01/29/2024 | 2.5 | MKS | D (JCE) | In person meeting with Client with JCE (co-counsel) & NJS at Client's home. | 0 | $0.00 |
| 01/29/2024 | 0.7 | MKS | D (JCE) | Debrief Client meeting with JCE | 0 | $0.00 |
| 02/14/2024 | 0.3 | MKS | A | Case discussion with DF, edits to compliance documents, follow up email to co-counsels for final review | 0.3 | $82.50 |
| 02/20/2024 | 0.4 | MKS | C | Cancel old & re-send compliance documents via AdobeSign | 0 | $0.00 |
| 02/21/2024 | 0.1 | MKS | C | Review for signature | 0 | $0.00 |
| 02/22/2024 | 0.3 | MKS | A | Emails with co-counsels; draft notice of appearances for NJS & MKS | 0.3 | $82.50 |
| 02/22/2024 | 0.2 | MKS | D (NJS) | Call with NJS | 0 | $0.00 |
| 02/23/2024 | 0.3 | MKS | A | File own Notice of Appearance | 0.3 | $82.50 |
| 02/23/2024 | 0.5 | MKS | A | Draft JCE PHV application, send to NJS for review/filing; call to clerk re: PACER/filing | 0.5 | $137.50 |
| 02/26/2024 | 0.8 | MKS | C | Review emails from opposing counsel & co-counsels, call JCE, voicemail | 0 | $0.00 |
| 02/26/2024 | 0.3 | MKS | D (JCE) | Phone call debrief with JCE + send Teams messages to NJS | 0 | $0.00 |
| 02/26/2024 | 0.3 | MKS | D (JCE) | Phone call with JCE (lead) & OPC (Christian). Discussion re: scheduling conference statement & edits | 0 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 02/27/2024 | 0.3 | MKS | A | Debrief/recap with NJS yesterday's call, next steps | 0.3 | $82.50 |
| 02/29/2024 | 0.2 | MKS | C | Check PACER for status of PHV motion. Discuss with NJS scheduling conference documents. | 0 | $0.00 |
| 03/01/2024 | 0.2 | MKS | A | Finalize/formatting of scheduling conference documents; draft COS; file to PACER, forward confirmation | 0.2 | $55.00 |
| 03/01/2024 | 0.7 | MKS | A | Draft/edits to scheduling conference statement | 0.7 | $192.50 |
| 03/01/2024 | 0.3 | MKS | A | Debrief/call to NJS to discuss scheduling conference statement + procedure | 0.3 | $82.50 |
| 03/01/2024 | 0.4 | MKS | A | Additional edits to statement & send to JCE for review | 0.4 | |
| 03/01/2024 | 1 | MKS | D (JCE) | Phone call with JCE to discuss filing of scheduling conference statement, discuss and review edits | 0 | $0.00 |
| 03/04/2024 | 1 | MKS | A | Research re: BitTorrent & send emails with JCE, Teams messages to NJS, preparation for conference on Friday | 1 | $275.00 |
| 03/07/2024 | 0.8 | MKS | A | Review Rule 16, prepare for scheduling conference | 0.8 | $220.00 |
| 03/07/2024 | 0.4 | MKS | C | Review case notes & download & organize documents off of PACER | 0 | $0.00 |
| 03/08/2024 | 0.5 | MKS | C | Review of scheduling order/notes; send scheduling emails for calendar | 0 | $0.00 |
| 03/08/2024 | 0.3 | MKS | D (JCE) | Telephone Scheduling Conference- MJ Rom Trader, clerk- Michael. opposing counsel- Christian; co-counsel JCE (lead) + MKS | 0 | $0.00 |
| 03/08/2024 | 0.5 | MKS | D (JCE) | Debrief of hearing with JCE, next steps/case strategy, notes | 0 | $0.00 |
| 04/04/2024 | 1.5 | MKS | A | Review templates, start drafting SPO, research/review Local Rules | 1.5 | $412.50 |
| 04/05/2024 | 1 | MKS | A | Draft/edits to proposed SPO | 1 | $275.00 |

| Date | Hours | Staff | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 04/12/2024 | 1 | MKS | D | New computer: re-upload and redo work due to untimely and unexpected computer death | 0 | $0.00 |
| 04/15/2024 | 0.3 | MKS | A | Case check in/updates/debrief with NJS. Discussion re: laptops storage, next steps. Forward draft SPO for JCE review | 0.3 | $82.50 |
| 04/15/2024 | 0.4 | MKS | D (JCE) | Debrief/discussion with JCE re: initial disclosures | 0 | $0.00 |
| 04/15/2024 | 0.4 | MKS | D (JCE) | Call to Hon Discovery with JCE, request for quote/pricing, scope of services. | 0 | $0.00 |
| 04/15/2024 | 0.6 | MKS | D (JCE) | Review SPO with JCE via telephone | 0 | $0.00 |
| 04/16/2024 | 0.8 | MKS | A | Edits/review of initial disclosures, call to Client/further information. Follow-up email to JCE | 0.8 | $220.00 |
| 04/17/2024 | 1 | MKS | A | Review of JCE edits to initial disclosures, incorporate edits, send back to JCE | 1 | $275.00 |
| 04/17/2024 | 1 | MKS | D (JCE) | Call with JCE to discuss initial disclosures, updates on case | 0 | $0.00 |
| 04/18/2024 | 0.5 | MKS | A | Review/respond to Client's email re: debt collection; hardship; discuss with DF | 0.5 | $137.50 |
| 04/18/2024 | 0.2 | MKS | A | Incorporate 4/17 edits, re-send initial disclosures to JCE for review/finalizing | 0.2 | $55.00 |
| 04/18/2024 | 0.4 | MKS | A | Review documents received from Client, start breaking down/organizing | 0.4 | $110.00 |
| 04/24/2024 | 1 | MKS | D (JCE) | Review Plaintff's Discovery Requests 1 with JCE, discuss both Plaintff's & our discovery; status of initial disclosures | 0 | $0.00 |
| 04/25/2024 | 0.2 | MKS | C | Review emails from JCE & opposing counsel re: initial disclosures | 0 | $0.00 |
| 05/02/2024 | 0.8 | MKS | A | Review of emails; scheduling; circulate summary/update to team + proposed next steps/case strategy | 0.8 | $220.00 |
| 05/02/2024 | 0.5 | MKS | A | Call to Hon Discovery, coordinate pickup of laptops/signature for custody | 0.5 | $137.50 |

| 05/09/2024 | 0.2 | MKS | C | Respond to Hon Discovery | 0 | $0.00 |
|---|---|---|---|---|---|---|
| 05/10/2024 | 0.3 | MKS | C | Coordinating computer pickup, scheduling | 0 | $0.00 |
| 05/13/2024 | 0.4 | MKS | D (JCE) | Call with JCE re: e01 file, next steps | 0 | $0.00 |
| 05/14/2024 | 1 | MKS | A | Circulate Zoom meeting + review/upload files, prepare for meeting with Client & JCE | 1 | $275.00 |
| 05/14/2024 | 0.3 | MKS | C | Coordinate with Hon Discovery re: drop off of drives | 0 | $0.00 |
| 05/14/2024 | 0.4 | MKS | C | Upload files to Dropbox, troubleshooting/monitoring for complete upload | 0 | $0.00 |
| 05/14/2024 | 0.8 | MKS | C | Additional troubleshooting; call to JCE for assistance | 0 | $0.00 |
| 05/14/2024 | 0.2 | MKS | D (JCE) | Brief check in with JCE & Client via Zoom | 0 | $0.00 |
| 05/15/2024 | 1.2 | MKS | A | Review JCE notes, review discovery responses, edits & formatting | 1.2 | $330.00 |
| 05/15/2024 | 1.2 | MKS | C | Pick up laptop after overnight upload attempt; review transfer | 0 | $0.00 |
| 05/17/2024 | 0.2 | MKS | A | Coordinate device pick-up/drop-off with Hon Discovery/reception; draft/prepare forms | 0.2 | $55.00 |
| 05/20/2024 | 0.2 | MKS | C | Draft/send email to opposing counsel | 0 | $0.00 |
| 05/21/2024 | 0.3 | MKS | C | Review emails, Teams messages with NJS | 0 | $0.00 |
| 05/22/2024 | 0.7 | MKS | A | Review Client's draft discovery responses & Hon drives. Review for duplicates/further messages with NJS | 0.7 | $192.50 |
| 05/31/2024 | 0.2 | MKS | C | Review/respond to JCE re: imaging quote | 0 | $0.00 |
| 05/31/2024 | 0.5 | MKS | C | Teams messages/discuss with ALP with updates, progress so far, next steps/prepare for group discovery review | 0 | $0.00 |
| 05/31/2024 | 0.6 | MKS | D (JCE) | Telephone call with JCE, Teams messages with NJS with summary of call. Discuss with JCE imaging status; review/discuss discovery draft; scheduling/timeline; strategy/research | 0 | $0.00 |

| 06/02/2024 | 0.1 | MKS | C | Email re: scheduling | 0 | $0.00 |
|---|---|---|---|---|---|---|
| 06/04/2024 | 0.6 | MKS | A | Meeting/case review with ALP & NJS; circulate drafts & documents so far; discuss case status/strategy | 0.6 | $165.00 |
| 06/06/2024 | 0.2 | MKS | C | Call to Client, left voicemail + send email | 0 | $0.00 |
| 06/06/2024 | 1.2 | MKS | D (JCE) | Meeting with group- JCE; NJS/ALP/MKS. Discuss/review Plaintff RPD1, possible/relevant objections; division of labor & next steps | 0 | $0.00 |
| 06/07/2024 | 0.5 | MKS | A | Research re: possible case strategy/flaws, research on BitTorrent generally | 0.5 | $137.50 |
| 06/07/2024 | 0.1 | MKS | A | Send signed discovery responses to opposing counsel. | 0.1 | $27.50 |
| 06/07/2024 | 4.9 | MKS | D (JCE) | Zoom meeting with JCE, ALP/MKS/NJS + Client to finalize Client's responses to Plaintiff's ROG1 & RPD1 discovery requests. Send for signature & send to opposing counsel. | 0 | $0.00 |
| 06/10/2024 | 0.5 | MKS | A | Prepare for & meeting with ALP and NJS to discuss case updates, fees, discovery. | 0.5 | $137.50 |
| 06/12/2024 | 0.1 | MKS | C | Texts with JCE re: status of opposing counsel response | 0 | $0.00 |
| 06/13/2024 | 0.1 | MKS | C | Email/respond to JCE re: cell phone imaging; discuss with NJS status of imaging | 0 | $0.00 |
| 06/14/2024 | 0.2 | MKS | D (JCE) | Call with JCE to discuss response/status from opposing counsel, call out to OPC (Christian) with JCE (lead)- discussion of number of search strings, availability for ESI conference | 0 | $0.00 |
| 06/17/2024 | 0.1 | MKS | C | Review Hon Discovery invoice | 0 | $0.00 |
| 06/18/2024 | 0.1 | MKS | C | Texts with JCE re: scheduling/check-in | 0 | $0.00 |
| 06/18/2024 | 0.6 | MKS | D (JCE) | Call with JCE re case strategy/timing of filing motions, division of labor, theory of case, review of evidence | 0 | $0.00 |

| Date | Hours | Initials | Category | Description | Hours | Amount |
|------|-------|----------|----------|-------------|-------|--------|
| 06/19/2024 | 0.2 | MKS | C | Edit/finalize call notes from yesterday with JCE | 0 | $0.00 |
| 06/19/2024 | 0.4 | MKS | C | Review emails from JCE & Client; call to Client, left voicemail, scheduling/follow-up email | 0 | $0.00 |
| 06/19/2024 | 0.4 | MKS | C | Provide update/debrief of JCE call from 6/18 to NJS re: case strategy + updates | 0 | $0.00 |
| 06/21/2024 | 0.4 | MKS | C | Coordinate Client hard drive drop-off with reception & forms | 0 | $0.00 |
| 06/24/2024 | 0.1 | MKS | C | Review/respond to JCE re: scheduling | 0 | $0.00 |
| 06/24/2024 | 0.2 | MKS | C | Attempt to upload files to Dropbox. Teams messages to NJS re: storage. Upload to Sharepoint & discuss with ALP | 0 | $0.00 |
| 06/25/2024 | 0.3 | MKS | C | Draft check litigation request, compliance forms, send to NJS for review | 0 | $0.00 |
| 06/25/2024 | 0.1 | MKS | C | Forward approved check litigation request to management | 0 | $0.00 |
| 06/25/2024 | 0.2 | MKS | C | Review federal court docket, download/organize new filings | 0 | $0.00 |
| 06/26/2024 | 0.4 | MKS | C | Document organization/case review, attempt to access Dropbox for new uploads/emails to JCE | 0 | $0.00 |
| 06/27/2024 | 0.4 | MKS | A | Review draft MSJ & review relevant attachments/documents | 0.4 | $110.00 |
| 07/01/2024 | 0.4 | MKS | C | Additional attempts to upload drives to Dropbox, download software for PCAP file review | 0 | $0.00 |
| 07/01/2024 | 0.4 | MKS | C | Upload documents to Shareoint until Dropbox ready | 0 | $0.00 |
| 07/01/2024 | 1.4 | MKS | D (JCE) | Meeting with ALP & JCE re: documents/evidence; discuss MSJ/discovery plan | 0 | $0.00 |
| 07/02/2024 | 0.2 | MKS | C | Prepare check & mail transmittal letter for Hon Discovery invoice | 0 | $0.00 |

| Date | Hours | Timekeeper | Category | Description | | |
|---|---|---|---|---|---|---|
| 07/02/2024 | 0.8 | MKS | C | Review Dropbox, re-attempt uploads; prepare certified mail to send whole drive to JCE, draft cover letter | 0 | $0.00 |
| 07/02/2024 | 0.3 | MKS | C | Drop off certified mail with drives at post office & follow-up email to JCE. | 0 | $0.00 |
| 07/02/2024 | 0.2 | MKS | C | Discussion with NJS re: purchasing another hard drive/email to IT department | 0 | $0.00 |
| 07/08/2024 | 1 | MKS | A | Research on similar cases, review of other copyright trolling materials | 1 | $275.00 |
| 07/16/2024 | 2 | MKS | A | Case theory development, review discovery document checklist, review of files so far & discovery/disclosures | 2 | $550.00 |
| 07/16/2024 | 2 | MKS | A | Download viewer for phone imaging + review, develop case theory & review evidence & documents with ALP | 2 | $550.00 |
| 07/18/2024 | 0.8 | MKS | A | Review/develop timeline & further discuss with ALP | 0.8 | $220.00 |
| 07/19/2024 | 1.8 | MKS | A | Research/reading on BitTorrent, file hashes, info hashes, review similar/prior cases, filings, templates | 1.8 | $495.00 |
| 07/22/2024 | 1 | MKS | C | Review R16 Scheduling Order, revise/edit deadlines, send out new calendar invites | 0 | $0.00 |
| 07/22/2024 | 0.4 | MKS | C | Organize/upload files to LASH docket | 0 | $0.00 |
| 07/23/2024 | 0.5 | MKS | D (JCE) | Prepare for & attend telephonic hearing: (MJ Trader, Anjelica (Courtroom Manager)); OPC-Jeremy, Christian (lead); Defense- JCE (lead), NJS, MKS | 0 | $0.00 |
| 07/24/2024 | 1.2 | MKS | A | Review of Client/family's social media accounts. Review Client/family history, research on relevance/timing. Review Plaintiff's evidence | 1.2 | $330.00 |
| 07/24/2024 | 1.3 | MKS | D (JCE) | Call with JCE to discuss case strategy and debrief 7/23 hearing, schedule/division of labor | 0 | $0.00 |

| Date | Hours | Initials | Code | Description | Hours | Amount |
|---|---|---|---|---|---|---|
| 07/25/2024 | 1.2 | MKS | A | Review JCE's templates re: discovery, MSJ; start drafting | 1.2 | $330.00 |
| 07/29/2024 | 0.2 | MKS | C | Review emails from OPC | 0 | $0.00 |
| 07/30/2024 | 1.2 | MKS | A | Request access to opposing counsel's evidence Dropbox folder with new Dropbox account, download static copy & review | 1.2 | $330.00 |
| 07/30/2024 | 3.1 | MKS | A | Finalize Motion to Quash draft, file | 3.1 | $852.50 |
| 07/30/2024 | 3 | MKS | A | Draft Motion to Quash, send to JCE for review | 3 | $825.00 |
| 07/30/2024 | 1 | MKS | D (JCE) | Phone call with JCE to discuss case strategy, review draft Motion to Quash | 0 | $0.00 |
| 07/31/2024 | 0.6 | MKS | C | Calendaring/review emails from OPC | 0 | $0.00 |
| 08/01/2024 | 0.7 | MKS | A | Additional research on BitTorrent & review prior cases for RFA templates | 0.7 | $192.50 |
| 08/01/2024 | 1.8 | MKS | A | Review RFA templates, start drafting | 1.8 | $495.00 |
| 08/01/2024 | 0.3 | MKS | D (JCE) | Call to JCE to review/discuss Client call + Client's defenses; Motion to Quash; updates & status; SPO | 0 | $0.00 |
| 08/02/2024 | 3 | MKS | A | Draft Client's RFA1, ROG1, and RPD1, send to JCE for review. | 3 | $825.00 |
| 08/02/2024 | 0.2 | MKS | C | Send out Zoom link for meet-and-confer | 0 | $0.00 |
| 08/02/2024 | 0.8 | MKS | D (JCE) | Case strategy/review with JCE to prepare for meet-and-confer. Discuss discovery drafts | 0 | $0.00 |
| 08/02/2024 | 0.8 | MKS | D (JCE) | Zoom meet-and-confer at 1pm with OPC (Christian), JCE (lead) & MKS. Discuss ISP/subpoena & proposed Motion to Quash; protective order/stipulation time | 0 | $0.00 |
| 08/02/2024 | 0.5 | MKS | D (JCE) | Debrief meet-and-confer with JCE + next steps | 0 | $0.00 |
| 08/06/2024 | 1 | MKS | A | Discuss/review case with ALP, review of discovery & proposed motions | 1 | $275.00 |

| Date | Hours | Initials | Code | Description | Billed Hours | Amount |
|---|---|---|---|---|---|---|
| 08/07/2024 | 0.5 | MKS | A | Teams messages with ALP & discuss Motion to Quash; review emails re: same; discuss discovery review | 0.5 | $137.50 |
| 08/07/2024 | 0.5 | MKS | C | Emails with JCE re: scheduling (resend); upload documents to LASH Dropbox | 0 | $0.00 |
| 08/08/2024 | 2.2 | MKS | A | Research re: Quash/standing, fees, 47 USC 551, FRCP 45, Local Rules; review & edits to Motion to Quash, send to JCE | 2.2 | $605.00 |
| 08/08/2024 | 1.7 | MKS | D (JCE) | Call with JCE to discuss Motion to Quash | 0 | $0.00 |
| 08/09/2024 | 2.3 | MKS | A | Final review/edits of Motion to Quash with ALP, file to PACER | 2.3 | $632.50 |
| 08/09/2024 | 3.2 | MKS | A | Incorporate edits to Motion to Quash with ALP, discuss service, send to JCE for review | 3.2 | $880.00 |
| 08/09/2024 | 2.7 | MKS | C | Print/prepare chamber's copies; ISP service via hand delivery, mail & email; hand deliver/walk documents | 0 | $0.00 |
| 08/09/2024 | 0.3 | MKS | D (JCE) | Brief phone call with JCE re: status of hand delivery or service to ISP | 0 | $0.00 |
| 08/12/2024 | 0.2 | MKS | C | Set up & circulate Zoom link for meet-and-confer | 0 | $0.00 |
| 08/13/2024 | 0.4 | MKS | C | Case review/discuss with ALP on Teams & review JCE emails. Document organization | 0 | $0.00 |
| 08/13/2024 | 0.8 | MKS | D (JCE) | Zoom call with JCE & ALP prior to/to prepare for meet-and-confer; review discovery deficiency letter | 0 | $0.00 |
| 08/13/2024 | 0.5 | MKS | D (JCE) | Zoom meet-and-confer: JCE (lead), ALP, MKS & opc (Christian, Jeremy) + Jessica. Reviewed ESI guidelines & deficiency letter | 0 | $0.00 |
| 08/13/2024 | 2.1 | MKS | D (JCE) | Debrief with JCE & ALP | 0 | $0.00 |
| 08/14/2024 | 0.5 | MKS | A | Outlining/template SPO | 0.5 | $137.50 |
| 08/14/2024 | 0.8 | MKS | A | Review documents, prepare for Client call, send notes/updates/summary to JCE | 0.8 | $220.00 |
| 08/14/2024 | 1.4 | MKS | A | Review of other similar cases/dispositions; discuss with DF prior LASH cases/materials | 1.4 | $385.00 |

| Date | Hours | Timekeeper | Code | Description | | Amount |
|------|-------|------------|------|-------------|---|--------|
| 08/14/2024 | 0.7 | MKS | C | Review notes for SPO. Messages with ALP re: meet-and-confer notes | 0 | $0.00 |
| 08/14/2024 | 0.2 | MKS | C | Circulate new Zoom link for Client meeting | 0 | $0.00 |
| 08/14/2024 | 1.3 | MKS | D (JCE) | Debrief with JCE re: next steps/scheduling of Client meeting & status of SPO draft | 0 | $0.00 |
| 08/14/2024 | 0.3 | MKS | D (JCE) | Call with Client via Zoom with JCE: review Plaintiff's ROG1 in light of meet-and-confer letter, supplement responses | 0 | $0.00 |
| 08/15/2024 | 0.1 | MKS | C | Teams messages with ALP re: case status/updates, circulate research/findings | 0 | $0.00 |
| 08/15/2024 | 2.5 | MKS | D (JCE) | Prepare for & attend Zoom meeting/review of RPDs with Client, debrief findings & review of updated draft of RPDs. Debrief after with JCE re: motions & possible expert witnesses | 0 | $0.00 |
| 08/18/2024 | 0.4 | MKS | D (JCE) | Call with JCE re: tax vs. settlement; settlement ideas | 0 | $0.00 |
| 08/19/2024 | 3.2 | MKS | A | Draft body of SPO | 3.2 | $880.00 |
| 08/19/2024 | 0.4 | MKS | D (JCE) | Set up Zoom call for JCE & Client, attend & review Plaintiff's discovery with Client. Brief check in with JCE after | 0 | $0.00 |
| 08/20/2024 | 0.3 | MKS | A | Additional SPO edits | 0.3 | $82.50 |
| 08/20/2024 | 0.6 | MKS | A | Review & detailed response to Client's email re: discovery | 0.6 | $165.00 |
| 08/20/2024 | 0.2 | MKS | C | Respond to Client/confirm hard drive drop-off/custody | 0 | $0.00 |
| 08/21/2024 | 0.6 | MKS | C | Review emails, coordinate transfer of files to JCE | 0 | $0.00 |
| 08/21/2024 | 0.6 | MKS | D (JCE) | Call with JCE re: copy/transfer of files | 0 | $0.00 |
| 08/21/2024 | 0.7 | MKS | D (JCE) | Debrief with JCE via phone on case law/similar cases, review materials/templates from JCE | 0 | $0.00 |
| 08/22/2024 | 0.7 | MKS | A | Check case law cites in SPO | 0.7 | $192.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/22/2024 | 1.7 | MKS | C | Review of physical evidence & files so far & check-in with ALP | 0 | $0.00 |
| 08/23/2024 | 1 | MKS | A | Meeting with NJS and ALP to discuss protective order motion and case strategy. | 1 | $275.00 |
| 08/24/2024 | 0.3 | MKS | A | Formatting of SPO, send to JCE | 0.3 | $82.50 |
| 08/25/2024 | 0.5 | MKS | D (JCE) | Phone call with JCE/analysis of files | 0 | $0.00 |
| 08/26/2024 | 1.1 | MKS | A | Finalize/formatting SPO, file to PACER | 1.1 | $302.50 |
| 08/26/2024 | 5.2 | MKS | A | Review JCE edits to SPO, edits, revisions, discuss with ALP | 5.2 | $1,430.00 |
| 08/27/2024 | 0.3 | MKS | C | Print, prepare & mail chambers copies | 0 | $0.00 |
| 08/27/2024 | 0.3 | MKS | C | Calendar review/update deadlines | 0 | $0.00 |
| 08/27/2024 | 2.4 | MKS | D (JCE) | Call with JCE & ALP re: discovery review, filing, next steps; call out to OPC (Christian) re: request for one-day extension | 0 | $0.00 |
| 08/28/2024 | 0.5 | MKS | A | Finalize all discovery responses & send via email to OPC | 0.5 | $137.50 |
| 08/28/2024 | 2.7 | MKS | A | Update/upload chain of custody log, organize documents, redactions & upload to RPD Dropbox | 2.7 | $742.50 |
| 08/28/2024 | 2.9 | MKS | A | Meeting with NJS & ALP, work on edits to discovery responses | 2.9 | $797.50 |
| 08/28/2024 | 3 | MKS | A | Edits to R26 analysis of supplemental/amended discovery responses. Review documents | 3 | $825.00 |
| 08/28/2024 | 0.6 | MKS | D (JCE) | Meeting with JCE, NJS, & ALP to discuss/edit discovery. Call out to Client as a group to confirm/review ROGs for signature/finalize | 0 | $0.00 |
| 08/29/2024 | 0.8 | MKS | C | Coordinate laptop drop-off- walk over to Hon Discovery & return | 0 | $0.00 |
| 08/30/2024 | 1.7 | MKS | A | Review JCE MIO Reply draft, edits & file | 1.7 | $467.50 |
| 08/30/2024 | 0.2 | MKS | C | Email to JCE re: update on reply brief; Teams messages with ALP | 0 | $0.00 |
| 08/30/2024 | 0.1 | MKS | C | Mail chambers copies & copy to Spectrum | 0 | $0.00 |
| 09/06/2024 | 0.3 | MKS | C | Review, download/distribute MIO | 0 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/06/2024 | 0.3 | MKS | D (JCE) | Call to JCE, brief review/discussion of MIO, send messages to ALP | 0 | $0.00 |
| 09/09/2024 | 0.8 | MKS | A | Review Client Declaration/formatting, send to JCE for review | 0.8 | $220.00 |
| 09/12/2024 | 5.5 | MKS | A | Edits, finalize, and file reply brief | 5.5 | $1,512.50 |
| 09/13/2024 | 0.4 | MKS | C | Prepare transmittal sheet for chambers copies of reply brief for NJS to mail | 0 | $0.00 |
| 09/16/2024 | 1 | MKS | D JCE) | Review emails/call from JCE, discuss amended responses/discovery | 0 | $0.00 |
| 09/18/2024 | 0.8 | MKS | D (JCE) | Call with JCE, prepare for hearing on 9/19/division of labor | 0 | $0.00 |
| 09/19/2024 | 2.3 | MKS | D (JCE) | Prepare for/circulate notes for telephonic hearing with JCE | 0 | $0.00 |
| 09/19/2024 | 1.3 | MKS | D (JCE) | Attend telephonic motions hearing: MJ Trader/Anjelica; OPC- Jeremy (all arguments) & Christian; MKS/Motion to Quash; JCE- Motion to Proceed Anonymously; ALP | 0 | $0.00 |
| 09/20/2024 | 0.1 | MKS | C | Update NJS | 0 | $0.00 |
| 09/24/2024 | 0.5 | MKS | C | Email review, Teams messages updates among LASH team, email out to JCE/phone tag | 0 | $0.00 |
| 09/26/2024 | 2.5 | MKS | A | Research/draft LR 58.2 Objection; format, finalize & file | 2.5 | $687.50 |
| 09/26/2024 | 1.6 | MKS | D (JCE) | Emails & phone call with JCE re: proposed order/re: LR 58.2 Objection | 0 | $0.00 |
| 09/27/2024 | 0.2 | MKS | C | Review emails/updates to NJS/ALP | 0 | $0.00 |
| 10/04/2024 | 0.6 | MKS | D (JCE) | Phone call with JCE/MSJ timing, Client's declaration, possible deposition | 0 | $0.00 |
| 10/10/2024 | 0.6 | MKS | A | Case discussion/review with ALP, email JCE re: telephonic conference | 0.6 | $165.00 |
| 10/10/2024 | 0.2 | MKS | C | Schedule/send out Zoom link for telephonic conference (10/11) preparation. | 0 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/11/2024 | 1.1 | MKS | A | MKS/ALP debrief + Teams messages to NJS with updates | 1.1 | $302.50 |
| 10/11/2024 | 0.4 | MKS | D (JCE) | Zoom call with JCE & ALP to prepare for hearing | 0 | $0.00 |
| 10/11/2024 | 0.6 | MKS | D (JCE) | Attend telephonic conference with MJ Trader/Anjelica; OPC (Jeremy); JCE (lead)/MKS/ALP to discuss discovery and settlement issues and motion for extension of time | 0 | $0.00 |
| 10/11/2024 | 0.7 | MKS | D (JCE) | MKS/JCE debrief re: next steps/possible settlement strategy, timeline for JCE review | 0 | $0.00 |
| 10/18/2024 | 1.3 | MKS | A | Meeting with NJS & ALP, review of case so far & future division of labor/case strategy. Settlement & outstanding motions | 1.3 | $357.50 |
| 10/18/2024 | 1 | MKS | A | Review emails re: R68 offers, draft settlement conference letter, send to NJS for review & brief discussion | 1 | $275.00 |
| 10/18/2024 | 1.4 | MKS | A | Review NJS edits, incorporate, circulate/send draft to JCE | 1.4 | $385.00 |
| 10/18/2024 | 0.3 | MKS | C | Review/respond to JCE email re: receipts, costs & hours so far (unrefined) | 0 | $0.00 |
| 10/18/2024 | 0.1 | MKS | D (JCE) | Call with JCE to discuss case/settlement letter | 0 | $0.00 |
| 10/21/2024 | 0.1 | MKS | C | Teams messages/call with ALP re: meet-and-confer at 11am | 0 | $0.00 |
| 10/21/2024 | 0.1 | MKS | C | Call to Hon Discovery re: laptops | 0 | $0.00 |
| 10/21/2024 | 0.5 | MKS | D (JCE) | Meet-and-confer re discovery issues via Zoom (11AM): JCE (lead)/MKS/ALP; OPC (Jeremy) | 0 | $0.00 |
| 10/21/2024 | 0.5 | MKS | D (JCE) | Debrief with JCE & ALP of meet-and-confer, discuss potential expert witnesses | 0 | $0.00 |
| 10/25/2024 | 0.2 | MKS | C | Emails with JCE, circulate additional edits to draft settlement letter, discuss with ALP | 0 | $0.00 |
| 10/25/2024 | 0.5 | MKS | D (JCE) | Call with JCE re: settlement letter | 0 | $0.00 |

| Date | Hours | Initials | Code | Description | Billed | Amount |
|---|---|---|---|---|---|---|
| 10/26/2024 | 0.2 | MKS | C | Review NJS draft | 0 | $0.00 |
| 10/28/2024 | 0.2 | MKS | A | Submit digital copy to MJ Trader | 0.2 | $55.00 |
| 10/28/2024 | 3.8 | MKS | A | Review draft of settlement letter with ALP via Teams | 3.8 | $1,045.00 |
| 10/28/2024 | 1.3 | MKS | C | Finalize & print request/coordinate with ALP; format/tab exhibits, drop off at federal court | 0 | $0.00 |
| 10/28/2024 | 0.3 | MKS | D (JCE) | Case discussion with JCE & ALP. Finalize settlement letter. | 0 | $0.00 |
| 10/30/2024 | 0.2 | MKS | C | Review emails & circulate email reminders and Zoom login info for 10/31 | 0 | $0.00 |
| 10/31/2024 | 0.5 | MKS | A | Debrief with ALP via Teams, quick appearance by NJS | 0.5 | $137.50 |
| 10/31/2024 | 0.2 | MKS | C | Prepare/Teams messages with ALP, re-send zoom link to all | 0 | $0.00 |
| 10/31/2024 | 0.2 | MKS | C | Teams chat with ALP re: scheduling for group debrief | 0 | $0.00 |
| 10/31/2024 | 1.1 | MKS | D (JCE) | Call with JCE to review MTC, discuss/prepare for settlement conference. Call to Client to further prepare | 0 | $0.00 |
| 10/31/2024 | 3 | MKS | D (JCE) | Zoom: Settlement Conference - MJ Trader/Anjelica; OPC- Christian, Jeremy + Plaintiff (Jessica Fernandez); JCE/MKS/ALP + Client | 0 | $0.00 |
| 10/31/2024 | 0.6 | MKS | D (JCE) | Discuss with JCE & ALP - fee motion, rates, next steps | 0 | $0.00 |
| 11/01/2024 | 0.5 | MKS | D (JCE) | Follow-up & debrief/discuss with Client - JCE/MKS/ALP | 0 | $0.00 |
| 11/01/2024 | 0.5 | MKS | D (JCE) | Additional debrief with just JCE & ALP (no Client) re: division of labor, fee motion & next steps | 0 | $0.00 |
| 11/07/2024 | 0.3 | MKS | C | Download & organize docs from PACER, circulate to LASH team | 0 | $0.00 |

| 11/12/2024 | 0.1 | MKS | D (JCE) | Call with JCE to discuss fee motion, checking in | 0 | $0.00 |
|---|---|---|---|---|---|---|
| 11/13/2024 | 0.5 | MKS | A | Review opposing counsel's proposed stipulation, emails with JCE, edits | 0.5 | $137.50 |
| 11/13/2024 | 0.9 | MKS | C | Download/export timesheets & combine in Excel | 0 | $0.00 |
| 11/14/2024 | 0.4 | MKS | D (JCE) | Call to JCE & respond to OPC | 0 | $0.00 |
| 11/15/2024 | 0.2 | MKS | A | Review edits from OPC, Teams messages with ALP, approve/respond | 0.2 | $55.00 |
|  |  |  |  |  |  |  |
| **TOTAL:** | **198.9** |  |  |  | **105.2** | **$28,822.50** |

**UNITED STATES**
**POSTAL SERVICE**

UPTOWN
1170 NUUANU AVE STE 105
HONOLULU, HI 96817-5199
(800)275-8777

07/02/2024                              02:10 PM
---------------------------------------------
                                          Price
Product            Qty    Unit
                          Price
---------------------------------------------

Priority Mail®       1                  $13.45
  Beaverton, OR 97006
  Weight: 0 lb 11.10 oz
  Expected Delivery Date
     Mon 07/08/2024
                                         $0.00
  Insurance
     Up to $100.00 included
                                         $4.40
  Certified Mail®
     Tracking #:
     9589 0710 5270 0752 4569 23
                                         $3.65
  Return Receipt
     Tracking #:
     9590 9403 0644 5183 4818 63
  Affixed Postage                      -$21.50
     Affixed Amount: $21.50
                                         $0.00
Total
---------------------------------------------
                                         $0.00
Grand Total:
---------------------------------------------
---------------------------------------------

   The timeliness of service to or from
 destinations outside the contiguous US may
 be affected by the limited availability of
              transportation.

 Text your tracking number to 28777 (2USPS)
 to get the latest status. Standard Message
  and Data rates may apply. You may also
 visit www.usps.com USPS Tracking or call
              1-800-222-1811.

    Save this receipt as evidence of
 insurance. For information on filing an
          insurance claim go to
   https://www.usps.com/help/claims.htm
         or call 1-800-222-1811

         Preview your Mail
        Track your Packages
        Sign up for FREE @
     https://informeddelivery.usps.com

 All sales final on stamps and postage.
  Refunds for guaranteed services only.
       Thank you for your business.

    Tell us about your experience.
 Go to: https://postalexperience.com/Pos
 or scan this code with your mobile device.



       or call 1-800-410-7420.

---------------------------------------------

UFN: 142423-0014
Receipt #: 840-59670099-2-6660928-2
Clerk: 10



Telephone: (808) 536-4302 • Fax: (808) 527-8088
924 Bethel Street • Honolulu, Hawaii 96813

Regan Iwao, Esq.
President, Board of Directors

David Kauila Kopper, Esq.
Executive Director

July 2, 2024

*Via First Class Mail*

Hon Discovery Group
1003 Bishop Street Suite 2700
Honolulu, Hawaii 96813

**Re: HON Discovery Invoice #1912**
**1:23-cv-00178-JAO-RT (Cell phone imaging)**

To HON Discovery,

Enclosed is a check payment for the attached invoice.
Please let me know if you have any questions.

Best regards,

Morgan K. Sasaki, Esq.
Legal Aid Society of Hawai'i
924 Bethel Street, Honolulu, Hawaii 96813
Email:  morgan.sasaki@legalaidhawaii.org
Phone: (808) 527-8056 | Fax: (808) 527-8088

**LEGAL AID SOCIETY OF HAWAII**                                               3223

Payee      HON DISCOVERY GROUP                                                3223
Vendor ID  HONDIS                        Account #:                        6/26/2024

| Description | Amount |
|---|---|
| 23-0426545 | $523.56 |

---

                                                                             3223

**LEGAL AID SOCIETY OF HAWAII**          **First Hawaiian Bank**            3223
         924 BETHEL ST                   MAIN BANKING CENTER
     HONOLULU, HAWAII 96813              999 BISHOP STREET
        (808) 536-4302                   HONOLULU, HAWAII 96813
                                         59-101/1213

****Five Hundred Twenty Three and 56/100 Dollars                DATE        AMOUNT

PAY
                                                      6/26/2024            $523.56
TO THE
ORDER                                                        LITIGATION ACCOUNT
OF       HON DISCOVERY GROUP
         1003 BISHOP STREET
         SUITE 2700
         HONOLULU, HAWAII 96813                          AUTHORIZED SIGNATURE
         US

6/25/24, 1:33 PM                                    Mail - Morgan Sasaki - Outlook

## EXTERNAL Invoice 1912 from HON Discovery Group for the Strike 3 v John Doe Matter

HON Discovery Group <quickbooks@notification.intuit.com>
Mon 06/17/2024 12:33
To:jcedmondson@edmolaw.com <jcedmondson@edmolaw.com>
Cc:Morgan Sasaki <Morgan.Sasaki@legalaidhawaii.org>;Nicholas Severson <Nicholas.Severson@legalaidhawaii.org>

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Thank you.

INVOICE 1912 DETAILS

**DUE 06/17/2024**

# $523.56

Review and pay

Powered by QuickBooks

Dear Curtis,

Please find attached HON Discovery's Invoice for your matter.

If you have any questions, please feel free to contact us at any time.

HON Discovery Group

**Bill to**

J. Curtis Edmondson , Esq.
Edmondson IP Law
15490 NW Oak Hills Drive
Beaverton, OR 97006 USA

**Ship to**

J. Curtis Edmondson , Esq.
Edmonson IP Law
15490 NW Oak Hills Drive
Beaverton, OR 97006 USA

**Terms**

Due on receipt

**Matter name**

Strike 3 v John Doe

06/12/2024

**Mobile Device.400**                                                $500.00T

Full Logical Image of Jesse Rubin Cell Phone.
Deliver XAMN Viewer to Attorneys Sasaki and Edmondson

1 X $500.00

| | |
|---|---|
| Subtotal | $500.00 |
| Tax | $23.56 |
| Total | $523.56 |
| Balance due | $523.56 |

Strike 3 v John Doe

Mail - Morgan Sasaki - Outlook

Review and pay

---

1003 Bishop Street Suite 2700 Honolulu, HI 96813 US

www.hondiscovery.com

---

If you receive an email that seems fraudulent, please check with the business owner before paying.

© Intuit, Inc. All rights reserved.    Privacy | Security | Terms of Service