# <u>EXHIBIT 1</u>

| Date | | | | Description |
|---|---|---|---|---|
| 06/01/2022 | 19:51:08 | 9:51a | | beach in kailua @ 10a until 5p |
| 06/17/2022 | 20:33:32 | 10:33a | | |
| 06/29/2022 | 20:53:45 | 10:53a | | clean mouse cage at 10:45a |
| 07/19/2022 | 20:32:38 | 10:32a | | school shopping for supplies 10a-3:15p |
| 07/26/2022 | 19:59:40 | 9:59a | | ███ - 8:30a, 10:45a - take kids school id pictures, 11:30a-3:45p kailua beach with ███ and ███ |
| 08/03/2022 | 19:48:56 | 9:48a | | costco groceries - 10a-1p |
| 08/16/2022 | 21:53:04 | 11:53a | | ███ visiting, grocery shopping @ safeway 12p-1:30p, parent teacher conference for nick 2:30p-3:30p |
| 08/23/2022 | 19:07:51 | 9:07a | | 9a - 3pm kailua beach with ███ haircut |
| 09/21/2022 | 20:26:21 | 10:26a | | 8am ███, 12p-1:30p shopping (costco, safeway, target) |
| 09/29/2022 | 1:36:47 | | 09/28/2022 3:36p | 10a - 1p - ala moana mall, 2:30p ███ appt with jaffe, 3p - 3:45p ███ appt ███ |
| 10/05/2022 | 19:02:10 | 9:02a | | 9a - 12:30p - white plains beach with ███ |
| 10/25/2022 | 20:16:46 | 10:16a | | 9a - ███ home sick, 9:30a - ███ psat test, 10:30a - 1:30p sams club |
| 11/10/2022 | 20:29:20 | 10:29a | | ███ visiting from nj - trip to north shore 10a-4p |
| 11/24/2022 | 21:52:45 | 11:52a | | cooking thanksgiving dinner - 1p @ ███ & ███ |
| 12/14/2022 | 20:23:34 | 10:23a | | 8a - ███, 11a - 1p - target shopping |
| 12/27/2022 | 20:47:18 | 10:47a | | 10:30a - 2p - costco with kids |
| 01/11/2023 | 19:08:34 | 9:08a | | 8a - ███ 10a - 4p - sandy's beach w/ ███ |
| 01/25/2023 | 20:20:05 | 10:20a | | 10a - safeway, target & longs, 11a - ███ & ███ pedicure, 11:45a - longs for scripts |
| 02/03/2023 | 20:35:58 | 10:35a | | 9:15a - pick up pain medication, 11:30a - dentist |
| 02/13/2023 | 22:17:55 | 12:17p | | 12:15p - longs for scripts for ███ 12:45p - fhb heloc payment, 1:30p - car wash |
| 02/14/2023 | 13:41:07 | 3:41a | | 9a - ███ home sick, 11a - north shore w/ ███ |
| 03/01/2023 | 17:25:12 | 7:25a | | 8a - pain medication refill, 11a - sushi bay |
| 03/07/2023 | 19:58:52 | 9:58a | | 8a - ███ 11a - costco, sushi bay & long's |
| 03/21/2023 | 20:31:45 | 10:31a | | 8a ███ 11a - 1:30p long's & costco |

...