IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| Strike 3 Holdings LLC, | ) | CASE NO. 1:23-cv-00178-JAO-RT |
| | ) | (Copyright) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| vs. | ) | |
| | ) | |
| John Doe Subscriber assigned IP address 75.85.3.187, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Plaintiff's Response to Defendant's Motion for Attorneys' Fees and Costs were served electronically by CM/ECF to:

J. CURTIS EDMONDSON, ESQ.
EDMONDSN IP LAW
15490 NW Oak Hill Drive
Beaverton, Oregon 97006
Phone: (503) 336-3749
Email: jcedmonson@edmolaw.com

// This space intentionally left blank.

MORGAN K. SASAKI, ESQ.
LEGAL AID SOCIETY OF HAWAII
924 Bethel Street
Honolulu, Hawaii 96813
Phone: (808) 536-4302
Email: morgan.sasaki@legalaidhawaii.org

Attorneys for Defendant


Dated: Honolulu, Hawaii, February 3, 2025.

    /s/ Christian L. Kamau
    CHRISTIAN L. KAMAU

    /s/ Jeremy J. Thompson
    JEREMY J. THOMPSON

    Attorneys for Plaintiff
    STRIKE 3 HOLDINGS, LLC