IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN DOE SUBSCRIBER, ASSIGNED IP ADDRESS 75.85.3.187,<br><br>Defendant. | CIVIL NO. 23-00178 JAO-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS (ECF NO. 69) |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S<br>FINDINGS AND RECOMMENDATIONS</u>

Findings and Recommendation having been filed and served on all parties on April 30, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "FINDINGS AND RECOMMENDATIONS To Deny Defendant's Motion For Attorneys' Fees and Costs," ECF No. 69, are adopted as the opinion and order this court.

IT IS SO ORDERED.

DATED: May 19, 2025, Honolulu, Hawaiʻi



Jill A. Otake
United States District Judge